UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEGASHAW AYELE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| COGNISA SECURITY COMPANY, INC., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Civil Action No.: 04CV12217-PBS

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Cognisa Security, Inc. (incorrectly identified in Plaintiff's Amended Complaint as "Cognisa Security Company, Inc." hereinafter "Defendant" or "Cognisa"), pursuant to this Court's Local Rule 7.3, and hereby submits its Corporate Disclosure Statement as follows.

1.    Cognisa Security, Inc.'s parent corporation is Group 4 Securicor plc.  No public corporation owns 10% or more of the stock of Cognisa.

Respectfully submitted,

COGNISA SECURITY, INC.

By its attorneys

Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(617) 289-9200

and Co-Counsel
(seeking *pro hac vice* admission)
Terry P. Finnerty
Georgia Bar No. 261561
Peter B. Murphy
Georgia Bar No. 531032
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA  30309
(404) 253-6900

Dated:  December 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on December 30 , 2004, a true copy of the above document was served by first class mail upon Plaintiff addressed as follows:

Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA  02127

Bronwyn L. Roberts

2