UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEGASHAW AYELE,<br><br>    Plaintiff,<br><br>v.<br><br>COGNISA SECURITY COMPANY, INC.,<br><br>    Defendant. | Civil Action No.: 04CV12217-PBS<br><br>FILING FEE PAID:<br>RECEIPT # 61385<br>AMOUNT $ 100.00<br>BY DPTY CLK<br>DATE 1/10/05 |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Terry P. Finnerty and Peter B. Murphy of Duane Morris LLP, Atlanta, Georgia be permitted to appear and participate in this action *pro hac vice* in association with the Boston office of Duane Morris LLP, by Bronwyn L. Roberts. In support of this Motion, counsel states as follows:

1. Ms. Roberts of Duane Morris LLP, is a member in good standing of the Bar of this Court and is actively engaged in the practice of law within Massachusetts from the offices of Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210.

2. As set forth in his Affidavit attached hereto as Exhibit A, Mr. Finnerty is a member in good standing and admitted to practice law before the bars of the Sixth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, the Supreme Court of Georgia, the Georgia Court of Appeals, and the Georgia Superior Courts. Mr. Finnerty is not under any order of disbarment, suspension or any other disciplinary action; nor is any disciplinary action pending against him in any jurisdiction.

3. As set forth in his Affidavit submitted herewith, Mr. Finnerty is familiar with and agrees to observe and be bound by the Local Rules of this Court.

4. As set forth in his Affidavit attached hereto as Exhibit B, Mr. Murphy is a member in good standing and admitted to practice law before the bars of the Eleventh Circuit Court of Appeals, the United States District Court for the Northern District of Georgia, the Supreme Court of Georgia, the Georgia Court of Appeals, and the Georgia Superior Courts. Mr. Murphy is not under any order of disbarment, suspension or any other disciplinary action; nor is any disciplinary action pending against him in any jurisdiction.

5. As set forth in his Affidavit submitted herewith, Mr. Murphy is familiar with and agrees to observe and be bound by the Local Rules of this Court.

6. Plaintiff has assented to this motion.

WHEREFORE, Defendant respectfully requests that this Court admit Terry P. Finnerty and Peter B. Murphy *pro hac vice* for the purpose of representing Defendant Cognisa Security, Inc. in this action.

Respectfully submitted,

COGNISA SECURITY, INC.

By its attorneys

Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

and Co-Counsel
(seeking *pro hac vice* admission)
Terry P. Finnerty
Georgia Bar No. 261561

Peter B. Murphy
Georgia Bar No. 531032
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309
(404) 253-6900

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that prior to filing this motion she contacted the plaintiff (*pro se*) and the parties were able to resolve or narrow the issues that are the subject of this motion.

_____
Bronwyn L. Roberts

### CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2005, a true copy of the above document was served by first class mail upon Plaintiff addressed as follows:

Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA  02127

_____
Bronwyn L. Roberts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEGASHAW AYELE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COGNISA SECURITY COMPANY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.: 04CV12217-PBS |

### AFFIDAVIT OF TERRY P. FINNERTY IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

I, Terry P. Finnerty, based on personal knowledge, hereby state as follows:

1. I am a partner at the law firm of Duane Morris LLP, 1180 West Peachtree Street, Suite 700, Atlanta, Georgia 30309.

2. I am a member in good standing and admitted to practice law before the bars of the Sixth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, the Supreme Court of Georgia, the Georgia Court of Appeals, and the Georgia Superior Courts.

3. I graduated from Emory University Law School in 1989.

4. I am well versed in the facts of this dispute, and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice.

Signed under the penalty of perjury this 29th day of December, 2004.

*[signature]*

Terry P. Finnerty
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, GA 30309
(404) 253-6900

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEGASHAW AYELE,<br><br>      Plaintiff,<br><br>v.<br><br>COGNISA SECURITY COMPANY, INC.,<br><br>      Defendant. | Civil Action No.:  04CV12217-PBS |

### AFFIDAVIT OF PETER B. MURPHY IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter B. Murphy, based on personal knowledge, hereby state as follows:

1. I am an associate at the law firm of Duane Morris LLP, 1180 West Peachtree Street, Suite 700, Atlanta, Georgia  30309.

2. I am a member in good standing and admitted to practice law before the bars of the Eleventh Circuit Court of Appeals, the United States District Court for the Northern District of Georgia, the Supreme Court of Georgia, the Georgia Court of Appeals, and the Georgia Superior Courts.

3. I graduated from the University of Georgia School of Law in 2002.

4. I am well versed in the facts of this dispute, and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice.

Signed under the penalty of perjury this 29th day of December, 2004.

_____
Peter B. Murphy
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, GA  30309
(404) 253-6900