UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -1  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| BEGASHAW AYELE, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 04CV12217-PBS |
| COGNISA SECURITY COMPANY, INC., ) | |
| Defendant. ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), the undersigned affirm that they have conferred:

(a)    with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Counsel for Cognisa Security, Inc.:

_____
Terry P. Finnerty (seeking admission *pro hac vice*)
Georgia Bar No. 261561
Peter B. Murphy (seeking admission *pro hac vice*)
Georgia Bar No. 531032
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309
(404) 253-6900

and Co-Counsel
Bronwyn L. Roberts, BBO# 638079

Authorized representative of
Cognisa Security, Inc.:

_____
John R. Sumner, Jr.
Senior Vice President of Support Services

DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(617) 289-9200


Dated: January 26ᵗʰ, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2005, a true copy of the above document was served by first class mail upon Plaintiff addressed as follows:

>Begashaw Ayele
>261 O'Cailaghan Way #816
>South Boston, MA  02127

                                                            Bronwyn L. Roberts