UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Begashaw Ayele
              Plaintiff,               CIVIL ACTION
                                          NO.   04-12217-PBS

   v.

Cognisia Security Company, Inc.
              Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                   February 1, 2005

     The Scheduling Conference  previously scheduled for February 17, 2005, has been **rescheduled** to **February 18, 2005, at 3:15 p.m.**

                                                                     By the Court,

                                                                  ./s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc