UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bagashaw Ayele
Plaintiff,

      V.                                    Civil Action Number
                                          04-12217-PBS

Cognisa Security Co., Inc.
Defendant.                                        February 18, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 5/31/05

Summary Judgment Motion filing deadline: 6/15/05

Opposition to Summary Judgment Motions: 7/15/05

Hearing on Summary Judgment or Pretrial Conference: 7/27/05 at 3:00 p.m.

Case to be referred to Mediation program: Spring, 2005

                                                              By the Court,

                                                            /s/ Robert C. Alba
                                                           Deputy Clerk