UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEGASHAW AYELE, PRO SE ) | |
| ) | |
| Plaintiff ) | |
| Vs ) | CIV. ACTION NO. 04- 12217PBS |
| ) | |
| COGNSIA SECURITY CO. INC. ) | |
| Defendant ) | |

## MOTION FOR FILING PLAINTIFF'S PAPERS WITHOUT ELECTRONIC SYSTEM.

I, the plaintiff for the above referenced captioned case respectfully request this court to File all of my papers in this case without electronic filing requirement due to the lack of reliable equipment at present time. The computer I used to write including all the papers I filed in this court is written in an old computer which is not compatible to any contemporary Internet version, and therefore, I should have to travel a mile or two to access computers at a public liberally. This is hard to me specially when I try to waste my time for this while I am in between job search and multiple other personal problems. For the reason explained above, I therefore request the court to file all my papers manually.

Dated 3/5/05

Respectfully sumbitted,

Begashaw Ayele - 3/5/05
261 O'Callaghan Way #816
South Boston, MA 02127
(617) 474-9774

## CERTIFICATE OF SERVICES

This certify that the foregoing document titled "Motion For Filing Plaintiff's Papers Without Electronic System" has been served by hand to the defense counsel,, Browyn L. Roberts office of DUANE MORRIS LLP located at 470 Atlantic Avenue, Suite 500 Boston, Massachusetts, 02110.

Dated and served on 3/8/05

Sincerely,

Begashaw Ayele