UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE
    Plaintiff

V.                                              CIVIL ACTION
                                                      04-12217 PBS

COGNISIA SECURITY CO.
    Defendant

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO DISTRICT JUDGE SARIS

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On May 16, 2005, I held the following ADR proceeding:

_____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

**X**\_\_\_\_\_ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

_____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were / were not present in person or by authorized corporate officer [except _____].
The case was:

[ ]    Settled. Your clerk should enter a \_\_\_\_ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[**X**]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____

                                              /S/ Joyce London Alexander
_____UNITED STATES MAGISTRATE JUDGE

May 16, 2005
DATE