**EXHIBIT – A**



BRONWYN L. ROBERTS
DIRECT DIAL: 617.289.9218
E-MAIL: blroberts@duanemorris.com

www.duanemorris.com

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

April 20, 2005

Mr. Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA 02127

Re: **Ayele v. Cognisa Security Company, Inc.**
Civil Action No.: 04CV12217-PBS

Dear Mr. Ayele:

I am in receipt of you letter dated April 11, 20005. This letter is written to advise you that we will agree to produce Nicole Downes for deposition at our offices at a mutually convenient date.

I understand that you wish to record the deposition by tape recorder. Please confirm that you will be bringing your own recorder. Please also confirm that you intend to bring an officer authorized to administer oaths pursuant to Fed.R.Civ.P. 28. Please note that it is our present intention to record the deposition of Ms. Downes by stenographer Janice Maggoli, or another court stenographer.

If you should have any questions, please do not hesitate to call.

Very truly yours,

Bronwyn L. Roberts

BLR/abl