**EXHIBIT – B**



| | |
|---|---|
| BRONWYN L. ROBERTS<br>DIRECT DIAL: 617.289.9218<br>E-MAIL: blroberts@duanemorris.com<br><br>www.duanemorris.com | FIRM and AFFILIATE OFFICES<br><br>NEW YORK<br>LONDON<br>CHICAGO<br>HOUSTON<br>PHILADELPHIA<br>SAN DIEGO<br>SAN FRANCISCO<br>BOSTON<br>WASHINGTON, DC<br>ATLANTA<br>MIAMI<br>PITTSBURGH<br>NEWARK<br>ALLENTOWN<br>WILMINGTON<br>HARRISBURG<br>PRINCETON<br>WESTCHESTER |

May 24, 2005

VIA FEDERAL EXPRESS OVERNIGHT
AND FIRST CLASS MAIL
Mr. Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA  02127

      Re:    **Ayele v. Cognisa Security, Inc.**
               **Civil Action No.: 04CV12217-PBS**

Dear Mr. Ayele:

      As we discussed today during our telephone conference, I have received your Notice of Deposition, dated May 20, 2005 for the depositions of Aaron Feo and Nicole Downes for May 30, 2005. With respect to the deposition of Ms. Downs, I am informed that she is no longer employed by Cognisa Security, Inc.; therefore, I cannot agree to produce her.

      With respect to the deposition of Mr. Feo, Mr. Feo resides in New York. We will agree to produce Mr. Feo in New York for deposition. We are willing to make a conference room available for the deposition at the offices of Duane Morris LLP, 380 Lexington Avenue, New York, NY. This is to further confirm that we have agreed to reschedule the deposition of Mr. Feo to a mutually convenient date (as you have scheduled the deposition to take place on Memorial Day, a holiday when Mr. Feo is on a pre-paid vacation). Mr. Feo is available on the following dates: June 9, 13, 14 and 21, 2005.

      I understand that you wish to record the depositions by tape recorder. Please confirm that you will be bringing your own recorder. Please also confirm that you intend to bring an officer authorized to administer oaths pursuant to Fed.R.Civ.P. 28. Please note that it is our present intention to record the depositions of Ms. Downes and Mr. Feo by a stenographer.