UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

Begashaw Ayele

    V.          CA No. 04-12217-PBS

Cognisa Security, Inc.

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Bowler for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

(B) **X** Referred for full pretrial case management, _not_ including dispositive motions:

(C)   Referred for discovery purposes only.

(D)   Referred for Report and Recommendation on:

    (  ) Motion(s) for injunctive relief
    (  ) Motion(s) for judgment on the pleadings
    (  ) Motion(s) for summary judgment
    (  ) Motion(s) to permit maintenance of a class action
    (  ) Motion(s) to suppress evidence
    (  ) Motion(s) to dismiss
    (  ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(E) **X** Case referred for events only. See Doc. No(s). 22 Motion to Extend Time to Answer Defendant's Motion to Compel.    23 Motion for Permission to Use Court's Conference Room.

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    (  ) In accordance with Rule 53, F.R.Civ.P.
    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: _____

_____

June 7, 2005             By: /s/ Robert C. Alba
Date                   Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1] See reverse side of order for instructions