# EXHIBIT A

# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CV-94-000MN

```
******************************************
BEGASHAW AYELE, PRO SE,                  *
              Plaintiff,                 *
                                         *
   V                                     *
                                         *
COGNISIA SECURITY COMPANY, INC.,         *
              Defendant.                 *
******************************************
```

Deposition of BEGASHAW AYELE, taken on behalf of the Defendant, pursuant to Notice under the Federal Rules of Civil Procedure, before Janice A. Maggioli, RPR, RMR, CRR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Duane Morris, 470 Atlantic Avenue, Boston, Massachusetts, on April 25, 2005, commencing at 10:00 a.m.

MAGGIOLI REPORTING SERVICES, INC.
48 Watson Street
Braintree, Massachusetts 02184
(781) 356-2636

```
 1      APPEARANCES:

 2      Duane Morris, LLP
        [By Bronwyn Roberts, Esq.]
 3      470 Atlantic Avenue
        Boston, Massachusetts 02210
 4          On behalf of the Defendant.

 5      Begashaw Ayele, Pro se.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

|    |    |                                                                  |
|----|----|------------------------------------------------------------------|
| 1  |    | STIPULATION                                                      |
| 2  |    | It is agreed that the reading                                    |
| 3  |    | and signing of the deposition will not be                        |
| 4  |    | waived.                                                          |
| 5  |    | MS. ROBERTS: Would you swear in                                  |
| 6  |    | Mr. Ayele when you get a chance?                                 |
| 7  |    |                                                                  |
| 8  |    | BEGASHAW AYELE,                                                  |
| 9  |    | having been satisfactorily                                       |
| 10 |    | identified and duly sworn by the                                 |
| 11 |    | Notary Public, was examined and                                  |
| 12 |    | testified as follows:                                            |
| 13 |    | EXAMINATION BY MS. ROBERTS                                       |
| 14 | Q. | Mr. Ayele, my name is Bronwyn Roberts. As you                    |
| 15 |    | know, I represent Cognisia Security Company,                     |
| 16 |    | Inc., and I have some questions for you today                    |
| 17 |    | for your deposition.                                             |
| 18 |    | If you don't understand any                                      |
| 19 |    | question that I ask, please ask me to rephrase                   |
| 20 |    | it.                                                              |
| 21 | A. | Okay.                                                            |
| 22 | Q. | Otherwise, I'm going to assume that the answers                  |
| 23 |    | that you give are responsive to the questions I                  |
| 24 |    | ask. Is that agreeable to you?                                   |

|   |   |   |
|---|---|---|
| 1 |    | Awake -- Dr. Awake was not hired.  You were not |
| 2 |    | hired, and other employees weren't hired, but |
| 3 |    | I'm not allowed to know who they are without |
| 4 |    | moving to compel, right? |
| 5 | A. | It will be a great mistake if you try to compel |
| 6 |    | me.  You will make this case very protracted. |
| 7 |    | Really. |
| 8 | Q. | So you have a perceived disability claim; is |
| 9 |    | that correct, Mr. Ayele? |
| 10 | A. | Perceived, yes. |
| 11 | Q. | What disability do you believe Cognisia |
| 12 |    | perceives that you suffered from? |
| 13 | A. | They say every time I say -- whenever they say |
| 14 |    | the job require walking and so on and so on and |
| 15 |    | when they know that in my application I also |
| 16 |    | indicated that I don't like to take a walking |
| 17 |    | job, so they perceived as if I was handicapped. |
| 18 |    | I am not a disabled person.  Reasonable |
| 19 |    | exercise I can do. |
| 20 | Q. | Okay. |
| 21 | A. | Two, one, three times I can make it through. |
| 22 |    | That's not a problem. |
| 23 | Q. | You have an injured leg, right? |
| 24 | A. | Injury leg since childhood. |