# EXHIBIT A

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:96-cv-12201-REK

Ayele v. Allright Boston, et al  
Assigned to: Judge Robert E. Keeton  
Demand: $1560000  
Cause: 42:2003 Job Discrimination

Date Filed: 11/01/1996  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Begashaw Ayele**

represented by **Begashaw Ayele**  
PO Box 230548  
Aston Station  
Boston, MA 02123-0548  
PRO SE

V.

**Defendant**

**Allright Boston Park**  
*doing business as*  
Allright Parking Co., Inc.

represented by **Andrew C. Pickett**  
Jackson, Lewis, LLP  
75 Park Plaza  
Boston, MA 02116  
617-367-0025  
Fax: 617-367-2155  
Email: picketta@jacksonlewis.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christopher J. Campbell**  
Jackson Lewis LLP  
75 Park Plaza  
4th Floor  
Boston, MA 02327  
617-367-0025  
Fax: 617-367-2155  
Email: campbelc@jacksonlewis.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Lane**  
*as President*

**Defendant**

**Mohammed Ozim**

President

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/1996 | 1 | Complaint filed. Case assigned to Judge: Keeton. Receipt #: 119474 Amount:$ 120.00. Fee Status: Paid. (fmr) (Entered: 11/06/1996) |
| 11/01/1996 |  | Summons issued for Allright Boston, Charles Lane, Mohammed Ozim (fmr) (Entered: 11/06/1996) |
| 11/08/1996 | 2 | Amended complaint by Begashaw Ayele filed. (Answer due 11/18/96 for Mohammed Ozim, for Charles Lane, for Allright Boston ) (fmr) (Entered: 11/13/1996) |
| 11/12/1996 | 3 | Return of service executed as to Allright Boston, Charles Lane, Mohammed Ozim with service on 11/12/96 filed. Answer due on 12/2/96 for Mohammed Ozim, for Charles Lane, for Allright Boston (fmr) (Entered: 11/13/1996) |
| 11/25/1996 | 4 | Motion by Allright Boston, Charles Lane, Mohammed Ozim to extend time to 20 days to answer the complaint , filed. c/s. (fmr) (Entered: 11/25/1996) |
| 12/18/1996 | 5 | Letter by Begashaw Ayele dated: 12/18/96 to: Mr. Pickett re: complaint filed. (fmr) (Entered: 12/19/1996) |
| 12/23/1996 | 6 | Motion by Allright Boston, Charles Lane, Mohammed Ozim for a more definite statement , with memorandum in support, filed. (fmr) (Entered: 12/27/1996) |
| 01/10/1997 | 7 | Response by Begashaw Ayele in opposition to [6-1] motion for a more definite statement , filed. (fmr) (Entered: 01/13/1997) |
| 05/23/1997 | 8 | Judge Robert E. Keeton . Memorandum and Order entered. mooting [4-1] motion to extend time to 20 days to answer the complaint denying [6-1] motion for a more definite statement, defendants must serve a responsive pleading within 10 days after notice of this Order. cc/cl. (fmr) (Entered: 05/28/1997) |
| 06/09/1997 | 9 | Answer by Allright Boston, Charles Lane, Mohammed Ozim to amended complaint, filed. (fmr) (Entered: 06/10/1997) |
| 06/20/1997 | 10 | Judge Robert E. Keeton . Notice of Hearing/conference: set scheduling conference for 3:00 on 7/25/97 before Judge Robert E. Keeton . cc/cl (tmc) (Entered: 06/23/1997) |
| 07/11/1997 | 11 | Notice of Deposition by Begashaw Ayele , filed. (fmr) (Entered: 07/14/1997) |
| 07/11/1997 | 12 | Proposed Settlement by Begashaw Ayele received for filing. (fmr) (Entered: 07/14/1997) |
| 07/11/1997 | 13 | Notice of Settlement Proposal by Begashaw Ayele , filed. (fmr) (Entered: 07/14/1997) |

| | | |
|---|---|---|
| 07/11/1997 | 14 | Reply/response by Begashaw Ayele to request for production of documents, filed. (fmr) (Entered: 07/14/1997) |
| 07/11/1997 | 15 | Request by Begashaw Ayele for Production of Documents, filed. (fmr) (Entered: 07/14/1997) |
| 07/11/1997 | 16 | Letter by Begashaw Ayele to Christopher Campbell re: production of documents filed. (fmr) (Entered: 07/14/1997) |
| 07/21/1997 | 17 | Joint statement by Begashaw Ayele, Allright Boston, Charles Lane, Mohammed Ozim, re: 16.1, filed. (fmr) (Entered: 07/22/1997) |
| 07/25/1997 | | Scheduling conference held. (fmr) (Entered: 08/01/1997) |
| 07/25/1997 | 18 | Judge Robert E. Keeton. Clerk's Notes: re: 16.1, Colloquy re: proposed schedule. Colloquy re: discovery disputes. Colloquy re: case will be referred to Judge Mazzone for mediation and set pretrial conference for 3:30 6/3/98, and set Jury trial for 9:00 6/15/98, and set case management conference for 3:30 1/7/98 Court Reporter: None. (fmr) (Entered: 08/01/1997) |
| 07/25/1997 | 19 | Notice of acknowledgement of deposition notice by Begashaw Ayele, filed. (fmr) (Entered: 08/01/1997) |
| 07/31/1997 | 20 | Notice of deposition by Begashaw Ayele, filed. (fmr) (Entered: 08/01/1997) |
| 08/04/1997 | 21 | Letter by Christopher J. Campbell dated: 8/1/97 to: Ms. Cull re: depositions filed. (fmr) (Entered: 08/05/1997) |
| 08/08/1997 | 22 | Plaintiff's first set of answers to defendants' first set of interrogatories. (fmr) (Entered: 08/11/1997) |
| 08/12/1997 | 23 | Judge Robert E. Keeton. Notice of deposition of Begashaw Ayele to be takn September 4 and 5, 1997 at 10:00 a.m. in the jury room adjacent to Courtroom #11. cc/cl. (fmr) (Entered: 08/13/1997) |
| 08/13/1997 | 24 | Judge Robert E. Keeton. Notice of rescheduling of deposition of P-Begashaw Ayele to September 2 & 3 at l0:00 a.m. in jury room adjacent to courtroom #ll, cc/cl. (fmr) (Entered: 08/13/1997) |
| 08/13/1997 | 25 | Letter by Andrew C. Pickett dated: 8/12/97 to: Mr. Ayele re: depositions filed. (fmr) (Entered: 08/14/1997) |
| 08/15/1997 | 26 | Letter by Andrew C. Pickett dated: 8/12/97 to: Mr. Ayele re: depositions filed. (fmr) (Entered: 08/18/1997) |
| 08/18/1997 | 27 | Notice of change of address filed by Begashaw Ayele by Begashaw Ayele. c/s. (fmr) (Entered: 08/19/1997) |
| 01/07/1998 | | Case management conference held. (kf) (Entered: 01/12/1998) |
| 01/07/1998 | 28 | Judge Robert E. Keeton. Clerk's Notes: re: case management conference, REK directs clerk to send notice to plaintiff that due to his lack of appearance today, his action may be dismissed in the future for want of |

| | | |
|---|---|---|
| | | prosecution. Plaintiff is to appear at the next conference and the clerk should send notice of such meeting to plaintiff at the same time or other notice here requested. REK requires that plaintiff show cause for not appearing in this action by January 28, 1998. csmgmtdd reset case management conference for 3:30 4/21/98 Court Reporter: Tim Willette (kf) (Entered: 01/12/1998) |
| 01/09/1998 | 29 | Judge Robert E. Keeton . Procedural Order entered re: case management conference. "Plaintiff having failed to appear at the Case Management Conference scheduled for 3:30 p.m., Wednesday, January 7, 1998, notice is hereby given that a case management conference is scheduled for 3:30 p.m., Tuesday, April 21, 1998 at which time Plaintiff is directed to appear or be subject to dismissal of the above-entitled action for want of prosecution. Plaintiff is further directed to show cause in writing on or before Wednesday, January 28, 1998, his failure to appear at the Case Management Conference." cc/cl (kf) (Entered: 01/12/1998) |
| 01/28/1998 | 30 | Response to [29-1] proceed/procedural order by Begashaw Ayele , filed. c/s (kf) (Entered: 01/29/1998) |
| 02/03/1998 | 31 | Reply/response by Allright Boston to [30-1] miscellaneous (plaintiff's proffer of good cause) filed. c/s (kf) (Entered: 02/05/1998) |
| 02/10/1998 | 32 | Judge Robert E. Keeton . Memorandum and Order entered. "...In view of the foregoing circumstances, it is ORDERED: I find that plaintiff has not shown good cause for failing to appear at the Case Management Conference of January 7, 1998. Defendant's Response to plaintiff's Proffer of Good Cause (docket #31, filed February 3, 1998) includes a contention that, in view of plaintiff's failure to demonstrate any respect for his obligations as plaintiff in this civil action, his late arrival at the initial scheduling conference of July 25, 1997, his noncompliance with discovery obligations, late filings, and noncooperation in arrangements for his deposition, the court should dismiss this action with prejudice. Plaintiff is allowed leave to file, on or before March 3, 1998, a response to defendants' suggestion that the court dismiss this action with prejudice forthwith." cc/cl (kf) (Entered: 02/11/1998) |
| 02/25/1998 | 33 | Letter by Begashaw Ayele dated: February 24, 1998 to: Christopher Campbell re: deposition filed. (kf) (Entered: 02/26/1998) |
| 02/25/1998 | 34 | Reply/response by Begashaw Ayele to defendants' suggestion to dismiss plaintiff's civil complaint with prejudice, filed. c/s (kf) (Entered: 02/26/1998) |
| 03/06/1998 | 35 | Further Statement of counsel filed by Allright Boston , Re: in response to plaintiff's proffer of good cause, filed. c/s (kf) (Entered: 03/09/1998) |
| 03/09/1998 | 36 | Judge Robert E. Keeton . Memorandum and Order entered. "...For the foregoing reasons, it is ORDERED: Not later than Thursday, April 14, 1998 (one week before the Case Management Conference scheduled for 3:30 p.m., Thursday, April 21, 1998), each party must file proposed findings and conclusions bearing upon the court's decision of Defendant's Motion to Dismiss with Prejudice, together with proffered admissible |

| | | |
|---|---|---|
| | | evidence to support each proposed finding of fact or evaluative determination. If plaintiff fails to attend the Case Management conference of April 21, 1998 without good cause, the court expects to dismiss plaintiff's action with prejudice." cc/cl (kf) (Entered: 03/10/1998) |
| 03/16/1998 | 37 | Motion by Allright Boston to extend time to May 21, 1998 to filing dispositive motions , filed. c/s (kf) (Entered: 03/17/1998) |
| 03/20/1998 | 38 | Local Rule 7.1 Certification, filed. (kf) (Entered: 03/24/1998) |
| 03/30/1998 | 39 | Motion by Begashaw Ayele to compel discovery , filed, c/s. (fmr) (Entered: 03/31/1998) |
| 03/31/1998 | | Judge Robert E. Keeton . Endorsed Order entered granting [37-1] motion to extend time to May 21, 1998 to filing dispositive motions, cc/cl. (fmr) (Entered: 04/06/1998) |
| 04/03/1998 | 40 | Judge Robert E. Keeton. Order - Take notice that the CMC will be held as scheduled. The allowance of #37 for extension of time to file dispositive mtns on the merits will not delay the hrg on mtns for sanctions a/g P, which may include dismissal if determined to be appropriate, grounded on his failures to appear and comply with court orders in other respects, Entered, cc/cl. (fmr) (Entered: 04/06/1998) |
| 04/09/1998 | 41 | Response by Allright Boston, Charles Lane, Mohammed Ozim in opposition to [39-1] motion to compel discovery , filed. c/s (kf) (Entered: 04/13/1998) |
| 04/13/1998 | 42 | Proposed findings of fact and conclusions of law by Begashaw Ayele , filed. c/s (kf) (Entered: 04/17/1998) |
| 04/14/1998 | 43 | Motion by Allright Boston to dismiss , filed. c/s (kf) (Entered: 04/17/1998) |
| 04/14/1998 | 44 | Memorandum by Allright Boston in support of [43-1] motion to dismiss , filed. c/s (kf) (Entered: 04/17/1998) |
| 04/14/1998 | 45 | Affidavit of Christopher J. Campbell , re: [43-1] motion to dismiss , filed. c/s (kf) (Entered: 04/17/1998) |
| 04/21/1998 | | Case management conference held . (kf) (Entered: 04/27/1998) |
| 04/21/1998 | 46 | Judge Robert E. Keeton . Clerk's Notes: re: Case Management Conference held. Oral argument on plaintiff's motion for compelling discovery. denying [39-1] motion to compel discovery. REK warns plaintiff regarding his obligation to answer fair questions at deposition. REK finds plaintiff's conduct to be inappropriate and disrespectful toward the court and the administration of justice. Plaintiff agrees to anser questions at deposition. denying [43-1] motion to dismiss. Defendants request that, given court's decisions regarding motion to dismiss, the court consider sanctioning plaintiff for costs. REK allocates $200. of defendants' expense or expense that has been wasted as a result of plaintiff's misconduct. If plaintiff wants to continue case, REK orders plaintiff to pay $200. Plaintiff proposes to pay $25. a week for eight |

| | | |
|---|---|---|
| | | weeks starting with a first payment on or before Monday, May 4, 1998. Other payments should follow each on or before each Monday, thereafter. Dispositive motions are now due on or before June 30, 1998. Plaintiff asks court to compel defendants to produce tapes of previous administrative hearing. Colloquy re: REK DENIES in limine request for tapes. Court Reporter: Willette (kf) (Entered: 04/27/1998) |
| 06/03/1998 | | Pre-trial conference held . (kf) (Entered: 06/08/1998) |
| 06/03/1998 | 47 | Judge Robert E. Keeton . Clerk's Notes: re: pretrial conference held. Plaintiff has made payments so far. Colloquy re: purpose of conference. Defendant has not yet decided whether defendant will need to continue deposition of plaintiff for purposes of defendant's motion for summary judgment, terminated deadlines , set case management conference for 4:00 11/17/98 Court Reporter: Willette (kf) (Entered: 06/08/1998) |
| 07/13/1998 | 48 | Motion by Allright Boston, Charles Lane, Mohammed Ozim for summary judgment , filed. c/s (kf) (Entered: 07/20/1998) |
| 07/13/1998 | 49 | Memorandum by Allright Boston, Charles Lane, Mohammed Ozim in support of [48-1] motion for summary judgment, filed. c/s (kf) (Entered: 07/20/1998) |
| 07/13/1998 | 50 | Affidavit of Charles Lane, re: [48-1] motion for summary judgment , filed. c/s (kf) (Entered: 07/20/1998) |
| 07/13/1998 | 51 | Affidavit of Christopher J. Campbell , re: [48-1] motion for summary judgment , filed. c/s (kf) (Entered: 07/20/1998) |
| 08/11/1998 | 52 | Motion by Begashaw Ayele for admission the filing of belated documents in opposition to defendants' sumamry judgment motion , filed. c/s (kf) (Entered: 08/17/1998) |
| 08/21/1998 | 53 | Response by Begashaw Ayele in opposition to [48-1] motion for summary judgment , filed. c/s (kf) (Entered: 08/24/1998) |
| 08/21/1998 | 54 | Affidavit of Begashaw Ayele , re: [53-1] opposition response , filed. c/s (kf) (Entered: 08/24/1998) |
| 09/04/1998 | 55 | Motion by Allright Boston, Charles Lane, Mohammed Ozim for leave to file reply memorandum , filed. c/s (kf) (Entered: 09/09/1998) |
| 09/04/1998 | | Judge Robert E. Keeton . Endorsed Order entered granting [55-1] motion for leave to file reply memorandum . Notice sent to cousnel. (kf) (Entered: 09/09/1998) |
| 09/04/1998 | 56 | Reply Memorandum by Allright Boston, Charles Lane, Mohammed Ozim to [53-1] opposition response , filed. c/s (kf) (Entered: 09/09/1998) |
| 09/16/1998 | 57 | Statement of facts filed by Begashaw Ayele , Re: response to defendants reply memorandum on the pending summary judgment motion. c/s (kf) (Entered: 10/02/1998) |
| 10/22/1998 | 58 | Letter by Christopher J. Campbell dated: October 21, 1998 to: Craig Nicewicz re: case management conference filed. (kf) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 10/22/1998) |
| 11/17/1998 |  | Case management conference held . (kf) (Entered: 11/18/1998) |
| 11/17/1998 | 59 | Judge Robert E. Keeton . Clerk's Notes: re: case management conf. held. Plaintiff not present, defendant counsel present. Argument re: defendants summary judgment motion; court wants to take time to consider the motion but will hear argument at this time. Defendant presents recent First Cir. case re: reasonable accomodation. Court will take this case into account, hearing closed. Court Reporter: Willette (kf) (Entered: 11/18/1998) |
| 11/24/1998 | 60 | Plaintiffs inability to attend status conference, filed. c/s (kf) (Entered: 11/25/1998) |
| 12/04/1998 | 61 | Judge Robert E. Keeton. Opinion entered. "...For the foregoing reasons, it is ORDERED: (1) Plaintiff's Motion for Admission the Filing of Belated Documents in Opposition to Defendants' Summary Judgment Motion (Docket #52, filed August 11, 1998) is ALLOWED. This is a procedural ruling and not a ruling on the merits in any respect. (2) Defendants' Motion for Summary Judgment (Docket #48) is ALLOWED. (3) The Clerk is directed to enter forthwith on a separate document a Final Judgment as follows: For the reasons stated in the Opinion of December 4, 1998, it is ORDERED: Judgment for defendants, with costs." cc/cl (kf) (Entered: 12/07/1998) |
| 12/04/1998 | 62 | Judge Robert E. Keeton . Final Judgment entered for Allright Boston, Charles Lane, Mohammed Ozim against Begashaw Ayele. "...Judgment for defendants, with costs." cc/cl (kf) (Entered: 12/07/1998) |
| 12/07/1998 |  | Case closed. (kf) (Entered: 12/07/1998) |
| 12/21/1998 | 63 | Notice of appeal by Begashaw Ayele filed. Appeal record due on 1/20/99 (fmr) (Entered: 12/28/1998) |
| 12/21/1998 |  | Copy of Notice of Appeal mailed to all counsel of record. Transcript Notice and Order form provided to appellant's counsel. (fmr) (Entered: 12/28/1998) |
| 12/28/1998 | 64 | Affidavit of Begashaw Ayele, re: appealing in forma pauperis, filed. (kf) (Entered: 01/06/1999) |
| 01/04/1999 | 65 | Bill of costs and verification filed. c/s (kf) (Entered: 01/08/1999) |
| 01/15/1999 |  | USCA appeal fees received Fee Status: pd Fee Amount: $ 105.00 Receipt #: 11678 (fmr) (Entered: 01/15/1999) |
| 01/19/1999 |  | Notice of Docketing Record on Appeal from USCA re: [63-1] appeal , received. USCA NUMBER: 99-1044 (lau) (Entered: 01/20/1999) |
| 07/22/1999 | 66 | Bill of costs in the amount of $1,028.09 filed. (kf) (Entered: 07/23/1999) |
| 09/17/1999 |  | Transmitted supplemental record on appeal: re: [63-1] appeal Documents number 47,64,65, & 66, sent to appeals court. (mgl) (Entered: 09/17/1999) |

| 10/13/1999 | 67 | Opinion of the Court of Appeals re: [63-1] appeal, the judgment of the district court is Affirmed, entered. (sad) (Entered: 10/13/1999) |
| --- | --- | --- |
| 11/05/1999 | 68 | Mandate of US Court of Appeals re: [63-1] appeal affirming the judgment of the district court. (mgl) (Entered: 11/05/1999) |
| 11/05/1999 |  | Record on appeal returned from U.S. Court of Appeals, re: [63-1] appeal. (mgl) (Entered: 11/05/1999) |
| 11/05/1999 |  | Closed flag. (mgl) (Entered: 11/05/1999) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 06/06/2005 10:40:13 | | | |
| PACER Login: | dm0095 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:96-cv-12201-REK |
| Billable Pages: | 5 | Cost: | 0.40 |