# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEGASAHAW AYELE, PRO SE ) <br> ) <br> Plaintiff ) <br> ) <br> COGNSIA SECURITY, INC. ) <br> ) <br> Defendant ) | CIV. ACTION NO. 04-12217PBS |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that as per my request and counsel's agreement of April 11, 2005, plaintiff will take the deposition of defendant's Human Resource team, namely Aaron Feo and Nicole Downes on May 30, 2005 starting at 10:00am at the Law office of Duane Morris, located at 470 Atlantic Avenue, Suite 500, Boston, MA 02210. Please note that the deposition will be taken by Tape Recorder, under oath and will continue from day to day as authorized under Ferderal Rule of Civil Procedure.

Sincerely,

Dated 5/20/2005

Begashaw Ayele