UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEGASHAW AYELE,<br><br>Plaintiff,<br><br>v.<br><br>COGNISA SECURITY COMPANY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 04CV12217-PBS<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT COGNISA SECURITY, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Cognisa Security, Inc. (hereinafter "Defendant" or "Cognisa"), and pursuant to Federal Rule of Civil Procedure 56 and the Local Rules of this Court, hereby moves this Court for an Order granting summary judgment in Defendant's favor on the grounds that no genuine issue of material fact exists to be tried in this case, and therefore, Defendant is entitled to judgment as a matter of law.

Defendant bases this Motion on the following documents, filed contemporaneously herewith: Memorandum of Law in Support of Defendant's Motion for Summary Judgment, Defendant's Statement of Undisputed Material Facts, excerpts from deposition of Plaintiff Begashaw Ayele, the Declaration of Nicole Downes, and the Declaration of Aaron Feo.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiff's claims in their entirety.

BOS\132758.1

Respectfully submitted,

COGNISA SECURITY, INC.

By its attorneys


/s/ Bronwyn L. Roberts
Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(617) 289-9200

and Co-Counsel
(admitted *pro hac vice*)
Terry P. Finnerty
Georgia Bar No. 261561
Peter B. Murphy
Georgia Bar No. 531032
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA  30309
(404) 253-6900

 Dated:  June 15, 2005

## CERTIFICATION UNDER L.R. 7.1(A)(2)

The undersigned hereby certifies that on June 14, 2005 at approximately 2:00 PM counsel for defendant Cognisa Security, Inc. conferred with the plaintiff in good faith to resolve or narrow the issue raised by this motion. The parties were unable to reach agreement.

/s/ Bronwyn L. Roberts
Bronwyn L. Roberts, BBO# 638079

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BEGASHAW AYELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04CV12217-PBS |
| | ) | |
| COGNISA SECURITY COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2005, I electronically filed the foregoing DEFENDANT COGNISA SECURITY, INC.'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system.

I further certify that I have mailed, by United States Postal Service, the document to the following non-CM/ECF participant:

    Begashaw Ayele
    261 O'Callaghan Way #816
    South Boston, MA  02127

    /s/ Bronwyn L. Roberts
    Bronwyn L. Roberts, BBO# 638079

DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(617) 289-9200
Email: blroberts@duanemorris.com

4