**EXHIBIT C**

# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CV-94-000MN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BEGASHAW AYELE, <u>PRO SE</u>,                    \*
                    Plaintiff,              \*
                                            \*
        V                                   \*
                                            \*
COGNISIA SECURITY COMPANY, INC.,            \*
                    Defendant.              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


        Deposition of BEGASHAW AYELE, taken

on behalf of the Defendant, pursuant to Notice

under the Federal Rules of Civil Procedure,

before Janice A. Maggioli, RPR, RMR, CRR, and

Notary Public in and for the Commonwealth of

Massachusetts, at the offices of Duane Morris,

470 Atlantic Avenue, Boston, Massachusetts, on

April 25, 2005, commencing at 10:00 a.m.



MAGGIOLI REPORTING SERVICES, INC.
48 Watson Street
Braintree, Massachusetts 02184
(781) 356-2636

2

1        APPEARANCES:

2        Duane Morris, LLP
         [By Bronwyn Roberts, Esq.]
3        470 Atlantic Avenue
         Boston, Massachusetts 02210
4            On behalf of the Defendant.

5        Begashaw Ayele, Pro se.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION

1

2        It is agreed that the reading

3   and signing of the deposition will not be

4   waived.

5          MS. ROBERTS: Would you swear in

6   Mr. Ayele when you get a chance?

7

8         <u>BEGASHAW AYELE</u>,

9         having been satisfactorily

10       identified and duly sworn by the

11       Notary Public, was examined and

12       testified as follows:

13       <u>EXAMINATION BY MS. ROBERTS</u>

14  Q.  Mr. Ayele, my name is Bronwyn Roberts.  As you

15      know, I represent Cognisia Security Company,

16      Inc., and I have some questions for you today

17      for your deposition.

18        If you don't understand any

19      question that I ask, please ask me to rephrase

20      it.

21  A.  Okay.

22  Q.  Otherwise, I'm going to assume that the answers

23      that you give are responsive to the questions I

24      ask.  Is that agreeable to you?

1      Alemannon because I'm more interested in you

2      today.

3   A.  Okay.

4   Q.  I know from your answers to interrogatories

5      that you have been involved in some other

6      lawsuits, correct?

7   A.  Several.

8   Q.  Several other lawsuits?

9   A.  I did it first, and I will continue to do it as

10     far as discrimination.  When unfair treatment

11     becomes the norm.  I will challenge it no

12     matter what it will cost me.

13  Q.  In your answers to interrogatories you have

14     identified five other claims that you have

15     brought as plaintiff in addition to the present

16     one; is that correct?

17  A.  Anything that I identified should be recorded,

18     yes.

19  Q.  So Ayele versus Standard Parking was one claim

20     where you were a plaintiff, correct?

21  A.  Yes.

22  Q.  Ayele versus Allright Parking was a second,

23     correct?

24  A.  Yes.

1  Q.  Ayele versus Boston University was a third

2      claim that you were a plaintiff in, correct?

3  A.  Yes.

4  Q.  Ayele versus Barton Security Company, Inc., was

5      a claim where you were the plaintiff, correct?

6  A.  That's correct.

7  Q.  Ayele versus Allied Security, LLC, was another

8      claim where you were the plaintiff; is that

9      correct?

10 A.  Yeah.

11 Q.  I'm going to take them one by one.

12 A.  Okay.

13 Q.  Standard Parking, what were your allegations

14     against Standard Parking Company?

15 A.  They hired another person -- I think -- I

16     object to this because this is out of the

17     boundary of this case.  This has nothing to do

18     with your present case.

19 Q.  Are you refusing to answer the question?

20 A.  That's not what my intention, but I am saying

21     you are jumping out of the fence.  We're

22     discussing about my application with Cognisia,

23     right?

24 Q.  This case is about many things, one of them

```
 1           U-Haul, and the entries listed in interrogatory
 2           number 16, are there any other legal
 3           proceedings that you have been involved in
 4           since March of 1995?
 5    A.     1995?  In Massachusetts?
 6    Q.     Anywhere.
 7    A.     1995 in Massachusetts?
 8    Q.     Anywhere, not just in Massachusetts.
 9    A.     That go beyond '95?
10    Q.     So --
11    A.     One case go to the Supreme Court, but that's
12           beyond ten years.  One case called Simkins
13           Industry.
14    Q.     Could you spell that?
15    A.     S-I-M-K-I-N-S.
16    Q.     The Supreme Court of the United States?
17    A.     Yes.
18    Q.     One of your cases?
19    A.     No, they denied my petition.  So I remember
20           that.  That has something related to racial
21           discrimination, and that case was denied.  I
22           refuse the 25,000 settlement offer, and the
23           judge didn't like my position and --
24    Q.     Which judge?
```

A.    Garfinkle, magistrate judge.  I survived two

summary judgment motion.  The case go to trial.

The magistrate judge assigned a lawyer without

my permission.  I refused.  I say I can handle

it by myself.  He said you have a language

problem.  I don't know the legal system and so

and so, and I say because he's a judge, and I

say okay, and the attorney instead of providing

all the documentary evidence I have he didn't

introduce it.

I was shouting the corner of the

trial.  I say why this lawyer the court itself

appointed for me, why not he present the

document?  So I understand.  The guy he call me

aside and say, we better settle this.  Take

25,000.  I say no.  I felt it's like a

conspiracy.  Not conspiracy between the judge,

but between the two lawyers.

I say why?  Why this can't --

why they force me to settle for $25,000 for a

case which I fought almost five years.  It

takes five years protracted.

Q.    That took place in the United States District

Court?

```
 1                        (Short break was taken.)
 2    Q.    Mr. Ayele, we spent the better half of the
 3          morning going over legal proceedings that you
 4          have been involved in.  Are there any other
 5          legal proceedings that you've been involved in
 6          at any time that you haven't already disclosed?
 7    A.    Back when I sued my father.
 8    Q.    You sued your father?
 9    A.    Yes.
10    Q.    For what?
11    A.    Age 11.
12    Q.    You were age 11?
13    A.    Yes.
14    Q.    Were you in Ethiopia at the time?
15    A.    Yes.
16    Q.    What did you sue your father for?
17    A.    He cut my budget.
18    Q.    He cut your budget?
19    A.    Yes.
20    Q.    Was he -- were your parents separated?
21    A.    No, they lived together.  Finally, the last
22          stage -- legally didn't separate, but --
23          divorce, but they live a different way because
24          my mother she went to live in a different
```

1   A.   From my inability to work.

2   Q.   Cognisia -- is it your understanding that

3        Cognisia provides security guard services for

4        its customers?

5   A.   They announce for that position.

6   Q.   And you applied for a security guard position,

7        correct?

8   A.   Yes.

9   Q.   Do you know what salary position -- excuse me,

10       do you know what salary the position had?

11  A.   They didn't tell me.

12  Q.   You have no idea as you sit here today?

13  A.   I have no idea, but I ask other Cognisia

14       employees.  They charge from --

15  Q.   Pay?

16  A.   The pay start from 9, 10.  It depends on the

17       organization.  It depends on the client

18       agreement.  If Cognisia has made big

19       corporation, big corporation usually pay and

20       the company pay more --

21  Q.   How did you find out about the job opening?

22  A.   It's by coincident.

23  Q.   What type of coincidence?

24  A.   I went to the Massachusetts Job Service at 9

1     Chauncy Street.

2  Q.   It's the Massachusetts Job Service?

3  A.   Yeah.

4  Q.   Is it the Department of Employment and

5     Training?

6  A.   It should be part of that, yeah, and that place

7     has a free computer, ability for job seekers,

8     and I was looking for a job, and one guy he

9     says, "Hey, Begashaw, people are recruiting in

10    this room.  Why don't you apply?"

11            "What kind of job is that?"

12            "It was like a security

13    company."  Oh, then I go inside, and I see

14    Nicole.

15  Q.  Nicole Downes?

16  A.  Yes, the Human Resource manager, and people

17    told me you are hiring people me.  Can I apply

18    for security because I work in security?  Yeah,

19    you can apply.  Then I go back to the computer

20    room, pull my bag and find some papers because

21    I was about to fill the application, but I

22    don't have the document.

23            So I got my document, and I say,

24    I have this piece of resume -- old resume.  I

1         that copy of resume.

2    Q.   When you say "this form," you gave the first

3         page of what's been marked as Exhibit No. 3?

4    A.   Yes.

5    Q.   And you also gave a copy of Exhibit No. 2 --

6    A.   Yes.

7    Q.   -- to Nicole Downes?

8    A.   Nicole.

9    Q.   Did you have any conversations with Nicole

10        Downes on November 20, 2003, when you were at

11        Mass. Job Services regarding any pain that you

12        had in your leg or any trouble you had walking?

13   A.   Yes.

14   Q.   You did?

15   A.   Yes.

16   Q.   What did you say?

17   A.   What I says I recently used to work for a

18        security company, but I left that company

19        because two reasons:  One, it was a laboratory

20        company which irritates me, laboratory

21        Millennium Pharmacy.  That's the Pinkerton

22        Security Company --

23   Q.   Right.

24   A.   -- gave security coverage for Millennium.  My

124

1     job at Millennium was to go around every

2     laboratory room.

3  Q.  Right.

4  A.  I would check the temperature of the fridge --

5  Q.  You mentioned that.

6  A.  -- of where the molecules was kept.  It

7     required a lot of walking, and at the same time

8     I have eye irritation.  We use --

9  Q.  You have explained that.  What did you tell

10    Nicole Downes specifically?  What words did you

11    use?

12  A.  I told her I resigned from my recent job

13    because of my leg problem and my irritation in

14    my eye.

15  Q.  What did she say?

16  A.  They may not have -- she didn't say you will

17    work in the same company.  She didn't say that.

18    She say, I left -- when I say I left that

19    company because my irritation and problem in my

20    leg, she says, okay, we will collect

21    applications.  We will assign people where we

22    can fit anywhere, but she didn't tell me

23    exactly what particular place I work, just

24    simply accept my application and she will --

1       can, and I say --

2   Q.  Did Nicole say that in front of you or did

3       Jennifer --

4   A.  No, I feel -- I listen to the conversation what

5       they said.

6   Q.  Okay.

7   A.  He can fill whatever information he knows, and

8       then I sit down and complete filling all this

9       application.  Dr. Awake was with me.  He also

10      applied, too.

11  Q.  Yes.

12  A.  And we complete that job application, and I

13      left.

14  Q.  How long were you in the meeting with Jennifer?

15  A.  I don't know.  Maybe half an hour.  It's much

16      longer than the job fair.  The job fair just

17      less than ten minutes.

18  Q.  And you were seeking to work on the 3 p.m. to

19      11 p.m. shift; is that correct?

20  A.  Yes.

21  Q.  And you were available to work every day,

22      except Sunday, correct?

23  A.  Yes.

24  Q.  And this was the first time that you ever

1   It appears to be titled "Form B Request for

2   Verification."  Is this a document Cognisia

3   gave to you in connection with your

4   application?

5 A. It looks like it, yes.

6 Q. Do you recognize your signature?

7 A. Yes.

8 Q. Do you recall signing this document on or about

9   December 10, 2003?

10 A. Yes.

11 Q. Is it fair to say that you do not know how many

12   applicants there were at the job fair at Mass.

13   Job Services?

14 A. I have no idea.  I told you I was the last

15   arrival person who briefly and quickly

16   completed the job application, and that's it.

17 Q. Is it fair to say you don't know any of the

18   names of the applicants at the job fair?

19 A. We may find it from the Department of

20   Employment and Training.  Usually they keep

21   people who apply for a job.  When you apply for

22   a job usually when you go to the room, they ask

23   you where you go and they may sign.  I didn't

24   sign because I was called from the computer

144

```
 1          room.
 2     Q.   Right, right.  You said that.
 3     A.   Yeah.
 4     Q.   So you don't know the names of any of the
 5          individuals who applied that day at the job
 6          fair, correct?
 7     A.   I don't know.
 8     Q.   Do you know the ethnicity of any of the
 9          individuals who applied?
10     A.   I don't know.
11     Q.   Do you know the race?
12     A.   I don't know.
13     Q.   Gender?
14     A.   I don't know.
15     Q.   National origin?
16     A.   I don't know.
17     Q.   Do you know whether any of those individuals
18          had disabilities?
19     A.   That particular date I don't know.
20     Q.   In your MCAD charge or your EEOC charge, excuse
21          me, document or Exhibit No. 5, you say that
22          "Cognisia hired many nonblack individuals and
23          also had job assignments that did not involve
24          walking."  Who did Cognisia hire that was
```

1    A.    What?

2    Q.    You made it to an interview, correct?

3    A.    Yes, with Jennifer, and what's that name?

4          Nicole.

5    Q.    So it's fair to say that for the other

6          applicants from the job fair you don't know

7          their job histories, correct, from the job

8          fair?

9    A.    As an applicant, just I went to apply for

10         myself.  I didn't go there to scrutinize

11         everybody.

12   Q.    Right.  And you don't know their job

13         experiences?

14   A.    I don't know their job experience.

15   Q.    You didn't see their resumes?

16   A.    That's not my business.

17   Q.    You don't know their educational history?

18   A.    I never see anything.

19   Q.    You didn't review their applications, correct?

20   A.    I am not Human Resource person.

21   Q.    So you don't know what factors Cognisia

22         considered in making the decision to hire or

23         not hire other applicants, correct?  You don't

24         know, do you?

```
 1   A.   I don't know.  I don't know their policy.

 2   Q.   You didn't participate in any of the meetings

 3        of Cognisia in deciding whether to hire or not

 4        hire applicants, correct?

 5   A.   I am not their employee.  I'm not their

 6        associate in Human Resource.

 7   Q.   Okay.  Let's talk about your -- all of the

 8        things that you discussed with Nicole Downes --

 9   A.   Okay.

10   Q.   -- at the job fair.

11   A.   Okay.

12   Q.   You spoke with her for, you said, maybe ten

13        minutes?

14   A.   Very short time.  I was the last applicant.

15   Q.   Did she describe to you what type of job you

16        were applying for?

17   A.   Security.

18   Q.   And what -- did she describe it at all?

19   A.   She said fill the application, and -- but she

20        said there's another application, lengthy

21        application, but I say, I will go to apply --

22        to complete this application, what you say, in

23        Middlesex, but I have a problem here how to put

24        this two companies because there is a
```

165

```
 1   Q.   Did they?

 2   A.   Most probably, yes, but if I didn't take that

 3        job because of transportation problem --

 4   Q.   Did they offer you a job that you could not

 5        take because of a transportation problem?

 6   A.   I think one of the conversation, I don't know

 7        exactly --

 8   Q.   Do you remember where the job was?

 9   A.   Not really, but I remember if I take it a given

10        day, and transportation was not available.

11   Q.   So you could not accept the job offer, correct?

12   A.   Yes.

13   Q.   They found a job, and they offered it to you,

14        but you couldn't accept it because of

15        transportation problems, correct?

16   A.   Yeah, but people --

17   Q.   Is that correct?

18   A.   People if they don't want to hire you, they can

19        give you any reason.

20   Q.   Did --

21   A.   They can offer you --

22   Q.   Who called you and said, "We have a job for

23        you?

24   A.   I don't remember.
```

166

1    Q.    It was either Jennifer or Nicole, correct?

2    A.    After that, I mostly talked to -- after the

3          interview, most of my conversation was with

4          Jennifer -- Nicole.

5    Q.    With Nicole?

6    A.    Yes.

7    Q.    And she at one point called you, correct, and

8          offered you a job that you couldn't accept

9          because of transportation, correct?

10   A.    Yeah, that may be one.

11   Q.    And you don't recall where that was, though,

12         right?

13   A.    I don't remember.

14   Q.    And it was the hours ended at a time where you

15         could not get public transportation, correct?

16   A.    In the interview she --

17   Q.    Listen, answer my question.

18   A.    She knows --

19   Q.    Mr. Ayele, you have to answer my question.

20   A.    I am answering the question.

21   Q.    No, you're not.

22   A.    I did.

23   Q.    Is it true that you couldn't accept those hours

24         because public transportation was not available

172

```
 1         Awake -- Dr. Awake was not hired.  You were not

 2         hired, and other employees weren't hired, but

 3         I'm not allowed to know who they are without

 4         moving to compel, right?

 5    A.   It will be a great mistake if you try to compel

 6         me.  You will make this case very protracted.

 7         Really.

 8    Q.   So you have a perceived disability claim; is

 9         that correct, Mr. Ayele?

10    A.   Perceived, yes.

11    Q.   What disability do you believe Cognisia

12         perceives that you suffered from?

13    A.   They say every time I say -- whenever they say

14         the job require walking and so on and so on and

15         when they know that in my application I also

16         indicated that I don't like to take a walking

17         job, so they perceived as if I was handicapped.

18         I am not a disabled person.  Reasonable

19         exercise I can do.

20    Q.   Okay.

21    A.   Two, one, three times I can make it through.

22         That's not a problem.

23    Q.   You have an injured leg, right?

24    A.   Injury leg since childhood.
```

```
 1    A.    I am not handicapped.

 2    Q.    And you are not disabled?

 3    A.    And I am not disabled, but I have a problem.

 4    Q.    You do, okay.

 5    A.    When I walk, I feel a pain, and for that reason

 6          that's why I resigned my previous employer.

 7    Q.    Are you in constant pain or does it flare up

 8          from time to time?

 9    A.    During wintertime when it's cold.

10    Q.    Have you ever asked an employer for an

11          accommodation for your leg?

12    A.    I ask.  Pinkerton.  I ask them.  She -- Mrs.

13          Feeney.  She says give me one month until I

14          give you another location.  I waited.  They

15          didn't find anything.  Resigned.  I gave you a

16          copy, 12-week suspension.  I say request them.

17          I cannot find the document.  I cannot lie.

18    Q.    Other than what we discussed today, you are not

19          asserting any other discrimination claims or

20          other types of claims in this lawsuit, are you?

21    A.    Other people has been offered a job.  That's a

22          risk on me.  That's not a problem to prove it.

23          I was kept six months without being offered

24          that job.  Other people has been hired, and
```

ERRATA SHEET

CHANGES TO THE DEPOSITION

INSTRUCTIONS TO THE WITNESS:  Please do not write in
the transcript.  Note any desired corrections to your
testimony by page and line number.  Enter text as it
should appear.


| PAGE, LINE | | CORRECTION |
|---|---|---|
| 10 | 21 | Awoke slemayehu |
| 52 | 9 | I am **NOT** a High School graduate |
| 52 | 12 | Constantly |
| 59 | 23 | January 2004 |
| 60 | 2 | may be January 2004 |
| 114 | 9 | North Washington St. |
| 117 | 24 | 99 Chauncy St |
| 119 | 24 | 99 Chauncy St |
| 130 | 21 | NO, I dont want except 7-3p or 3-11p, however, if the work hrs require an Extention or stay on Emergency case I may Stay longer. In any event I am Not interested to Stay past midnight on Saturday due to my religio day on Sunday which start at 1201 am. This Explanation was ignored by the Mediator of ADR - M.J. J.L. Alex as much as defense Counsel's "False" argu at page 4, paragraph 2, footnote # 8. |

# ERRATA SHEET

CHANGES TO THE DEPOSITION

(Continued from page One)

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 154 | 18 | Dr. Awoke Alemayehu |
| 157 | 23 | Sommerville |
| 169 | 23 | One "Eriterian" was hired -- |
| 174 | 15 | delete all the statement which read " 12-Week Suspension" as I have not testified these words |



# EMPLOYMENT APPLICATION

2000 RiverEdge Parkway NW
Suite GL-100
Atlanta, Georgia 30328
(770) 541-5399

TO BE COMPLETED BY APPLICANT ONLY

**PLEASE PRINT CLEARLY**

## PERSONAL INFORMATION

| LAST NAME | FIRST NAME | FULL MIDDLE NAME | OTHER NAMES |
|---|---|---|---|
| AYELE | BEGASHAW | | |

SOCIAL SECURITY NUMBER: 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

HOME PHONE *(incl area code)* (617) 474-9774

E-MAIL: begashawyele@Earthlink.Net

STREET ADDRESS *(no P.O. Box)*: 261 O'Callahan Way #816     BOX/APT.: -816     CITY: So. Boston     STATE: MA     ZIP: 02127

DO YOU HAVE A MOTOR VEHICLE DRIVER'S LICENSE? ☐ YES ☒ NO
IF YES:     DL#:          STATE: ____  EXP. DATE: __/__/__

EMERGENCY CONTACT: NAME: Zewdu Lakew     RELATIONSHIP: Cousin
PHONE: (617) 354-9584 - Home   (617) 240-5360 - Cell     ADDRESS: 237 Garden St. Cambridge, MA 0215

ARE YOU LEGALLY ELIGIBLE FOR EMPLOYMENT IN THE U.S.? ☒ YES ☐ NO
HAVE YOU EVER BEEN CONVICTED OF A FELONY? ☐ YES ☐ NO

How did you hear about our Company?
☐ Newspaper/Advertisement   ☒ Job Fair   ☐ Walk-In
☐ State Employment Agency   ☐ Internet   ☐ College/School
☐ Other ____   ☐ Referred By ____

POSITION DESIRED: ____   ☐ Full Time OR ☐ Part Time OR ☐ Weekends

| SHIFTS AVAILABLE | MON | TUE | WED | THU | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| 1ST Shift | | | | | | | |
| 2nd Shift | 3-11p | 3-11p | 3-11Pm | 3-11Pm | 3-11Pm | 3-11Pm | OFF |
| 3rd Shift | | | | | | | |

## EDUCATION

| | NAME OF SCHOOL INCLUDING CITY AND STATE | DID YOU GRADUATE? |
|---|---|---|
| COLLEGE | Boston University, Boston, MA | Yes |
| HIGH SCHOOL/GED | Menelik II School (Ethiopia, Africa) | yes |
| HIGH SCHOOL/GED | | |
| OTHER | | |

## MILITARY *(Complete if you served in the U.S. Armed Forces)*

| BRANCH OF SERVICE | PERIOD OF ACTIVE DUTY | DATE OF DISCHARGE: | RANK: |
|---|---|---|---|
| | FROM: __/__/__ TO: N/A | __/__/__ | DISCHARGE STATUS: |

## SIGNATURE

I certify that the information contained in this application is correct to the best of my knowledge and understand that falsification of this information is grounds for dismissal in accordance with Cognisa's policy. I authorize the references and employers listed on pages 2 and/or 3 of this application to give you any and all information concerning my previous employment and any pertinent information they may have, personal or otherwise, and release all parties from liability for any damage that may result from this information. I understand and agree that my employment relationship with Cognisa is expressly at will meaning my employment may be terminated either by me or by Cognisa at any time and for any reason, without prior notice to either party, and that no written or oral policy of Cognisa concerning continued employment is now or will be intended to constitute an express or implied contract or continued employment. Wages, benefits and other terms and conditions of employment may be changed from time to time at the discretion of Cognisa, provided reasonable notice is given. It is further understood that, except for this application, there are not now and will not in the future be any express or implied contractual terms of continued employment between Cognisa and me, unless such terms are set forth in writing, signed by both me and either the CEO or Sr. Vice President of Support Services of Cognisa.

Signature: *Begashaw Ayele*     Date: 11, 20, 03

HR003

Revised 6/18/03

EXHIBIT 3   Ayele 4-25-05   PENGAD 800-631-6989



## COMMERCIAL EMPLOYMENT APPLICATION (Page 2)

PLEASE PRINT CLEARLY

| LAST NAME | FIRST NAME | FULL MIDDLE NAME | OTHER NAMES |
|---|---|---|---|
| AYELE | BEGASHAW | — | — |

### PERSONAL REFERENCES (Not Relatives)

| | | |
|---|---|---|
| NAME Misrak Assefa | OCCUPATION Owner Addis-Red Sea Restaurant | YEARS KNOWN many years |
| ADDRESS (Include Zip Code) 35 Tremont Street, Boston, MA 044 | PHONE NO. HOME: (617) 426 - 8727 WORK: (617) 989 - 6070 | |

REFERENCE VERIFICATION FOR EMPLOYER USE ONLY (if applicable)

1. Verified by: _____ Date: __/__/__ Time ____

| NAME | OCCUPATION | YEARS KNOWN |
|---|---|---|
| ADDRESS (Include Zip Code) | PHONE NO. HOME: ( ) ___ - ___ WORK: ( ) ___ - ___ | |

REFERENCE VERIFICATION FOR EMPLOYER USE ONLY (if applicable)

2. Verified by: _____ Date: __/__/__ Time ____

### WORK HISTORY

In order to be considered for employment, list below, **in order by date beginning with the most current position**, a complete work history for the past **5 years**. Include ALL employers (full time, part time, temporary, self employed), schools attended, military service and/or periods of unemployment for the last 5 years. If unemployed for any time during this history, state "unemployed" and provide applicable dates, reference name and phone number of anyone who can verify your whereabouts, in the space provided. **No gaps must be identified in the 5 year history.**

*Start with **most recent** here.

☐ Company ☐ School ☐ Military ☒ Period of Unemployment: UnEmployed
(Check One)                                             Print Name of Company / School / Military / "Unemployed"

From (date) 4/03 To (date) 12/03 Position Held: Unemployed Supv./Reference: _____

Complete Address: _____ Box/Suite #: _____

City: — State: ___ Zip: _____ Phone # (incl. area code) ( ) _____ ext. ___

Fax # (incl. area code): ( ) ___ - ___ Reason for leaving: _____

---

**For Employer Use Only**

Person providing information: _____   Title / Occupation: _____

Inquiry made by: _____   Title: _____

Date of Verification: __/__/__ Time of Verification: _____ Dates Ver: From __/__/__ To __/__/__

Eligible for Re-Hire: ☐ Yes  ☐ No    Attempts/Comments: _____

☐ Via Telephone   ☐ Via Facsimile   ☐ Via Documentation

---

☒ Company ☐ School ☐ Military ☐ Period of Unemployment: Pinkerton Sec. Co, Inc
(Check One)                                              Print Name of Company / School / Military / "Unemployed"

From (date) 10/02 To (date) 3/03 Position Held: Sec. Officer Supv./Reference: Davis - at Millannium Pharmacy st

Complete Address: 47 Winter St. (Pinkerton St.) Box/Suite #: _____

City Boston State: MA Zip: 02108 Phone # (incl. area code) ((617) 753 - 9998 ext. ___

Fax # (incl. area code): ( ) ___ - unknown Reason for leaving: Chemical Irritation on my eyes and problem in my leg due to long walk

---

**For Employer Use Only**

Person providing information: USIS   Title / Occupation: N/A

Inquiry made by: Jennifer Rego   Title: Administrator

Date of Verification: 12/15/03 Time of Verification: 3:81pm Dates Ver: From 9/27/02 To 11/30/02

Eligible for Re-Hire: ☐ Yes  ☐ No    Attempts/Comments: USIS 12/12/02

☑ Via Telephone   ☐ Via Facsimile   ☐ Via Documentation

---

Applicant Signature: Begashaw Ayele   Date: 12/10/03

HRC003a                                                        Revised 5/20/03



# COMMERCIAL EMPLOYMENT APPLICATION *(Page 3 +)*

PLEASE PRINT CLEARLY

| LAST NAME | FIRST NAME | FULL MIDDLE NAME | OTHER NAMES |
|---|---|---|---|
| AYELE | BEGASHAW | — | — |

## WORK HISTORY *(continued)*

☒ Company ☐ School ☐ Military ☐ Period of Unemployment: __Apollo Security Co, Inc__
(Check One)    Print Name of Company / School / Military / "Unemployed"

From (date) **8/01** To (date) **9/02** Position Held: **Sec. Officer** Supv. / Reference: **Jack Plante**
Complete Address: **2050 Boston-Providence HWY,** Box/Suite #: **Thomson Financial**
City: **Walpole** State: **MA** Zip: **02** Phone # (incl area code) **(508) 1080-1119** ext. __
Fax # (incl. area code): **(617) 856-2600** Reason for leaving: **Work Hours Changed due to**
1-508-6180-1119 **restructural process — 4 days / 1**

### For Employer Use Only
Person providing information: **James Greene** Title / Occupation: **H.R. Director**
Inquiry made by: **Curin Ortiz** Title: **Office Assistant**
Date of Verification: **12/12/03** Time of Verification: **11:56 Am** Dates Ver: From **8/22/01** To **9/13/02**
Eligible for Re-Hire: ☐ Yes ☐ No Attempts/Comments: **needs fax - CO**
☐ Via Telephone ☑ Via Facsimile ☐ Via Documentation

---

☐ Company ☐ School ☐ Military ☒ Period of Unemployment: __Unemployed__
(Check One)    Print Name of Company / School / Military / "Unemployed"

From (date) **2/01** To (date) **8/01** Position Held: **Unemployed** Supv./ Reference: —
Complete Address: _____ Box/Suite #: _____
City:_____ State:_____ Zip:_____ Phone # (incl area code) ( ) _____ ext. ___
Fax # (incl. area code): ( ) _____-_____ Reason for leaving: _____

### For Employer Use Only
Person providing information: _____ Title / Occupation: _____
Inquiry made by: _____ Title: _____
Date of Verification: ___/___/___ Time of Verification: _____ Dates Ver: From ___/___/___ To ___/___/___
Eligible for Re-Hire: ☐ Yes ☐ No Attempts/Comments: _____
☐ Via Telephone ☐ Via Facsimile ☐ Via Documentation

---

☒ Company ☐ School ☐ Military ☐ Period of Unemployment: __Boston Univ. Med. Center__
(Check One)    Print Name of Company / School / Military / "Unemployed"

From (date) **5/96** To (date) **2/01** Position Held: **Parking Attendant** Supv. / Reference: **Louis N' Addario**
Complete Address: **560 Harrison Ave #4** Box/Suite #: **Boston Med. Ctr.**
City: **Boston** State: **MA** Zip: **02118** Phone # (incl area code) **(617) 638 4610** ext. __
Fax # (incl. area code): ( ) ?-_____ Reason for leaving: _____

### For Employer Use Only
Person providing information: **Cuteria** Title / Occupation: **Human Resources**
Inquiry made by: **Curin Ortiz** Title: **Office Assistant**
Date of Verification: **12/11/03** Time of Verification: **4pm** Dates Ver: From **5/96** To **2/01**
Eligible for Re-Hire: ☐ Yes ☐ No Attempts/Comments: _____
☑ Via Telephone ☐ Via Facsimile ☐ Via Documentation

Applicant Signature: **Begashaw Ayele** Date: **12/10/03**

Form HRC003b    Revised 6/18/03



# COMMERCIAL EMPLOYMENT APPLICATION *(Page 3 +)*

PLEASE PRINT CLEARLY

| LAST NAME | FIRST NAME | FULL MIDDLE NAME | OTHER NAMES |
|---|---|---|---|
| AYELE | SEGASHAW | — | — |

## WORK HISTORY *(continued)*

☒ Company ☐ School ☐ Military ☐ Period of Unemployment: ( *Volunteer SVCS — no wage* )
       *(Check One)*                                              *Print Name of Company / School / Military / "Unemployed"*

From (date) 1/95 To (date) 10/03 Position Held: Counselor Supv. / Reference: Binjam Tamene, M.

Complete Address: 552 Mass Ave                  Box/Suite #: Cnhral Square

City: Cambridge     State: MA Zip: 02138 Phone # (incl area code) 617 492 423 ext. —

Fax # *(incl. area code)*: (617) 661 - 8918      Reason for leaving: To look payable job; but when in extreme need I still help

| *For Employer Use Only* | |
|---|---|
| Person providing information: _____ Title / Occupation: _____ | |
| Inquiry made by: _____ Title: _____ | |
| Date of Verification: __/__/__ Time of Verification: _____ Dates Ver: From __/__/__ To __/__/__ | |
| Eligible for Re-Hire: ☐ Yes ☐ No   Attempts/Comments: phone# not in service — CO | |
| ☐ Via Telephone    ☐ Via Facsimile    ☐ Via Documentation | |

☐ Company ☐ School ☐ Military ☐ Period of Unemployment: _____
       *(Check One)*                                              *Print Name of Company / School / Military / "Unemployed"*

From (date) _____ To (date) _____ Position Held: _____ Supv./ Reference: _____

Complete Address: _____ Box/Suite #: _____

City: _____ State: _____ Zip: _____ Phone # (incl area code) ( ) _____ ext. ___

Fax # *(incl. area code)*: ( ) ___-_____ Reason for leaving: _____

| *For Employer Use Only* | |
|---|---|
| Person providing information: _____ Title / Occupation: _____ | |
| Inquiry made by: _____ Title: _____ | |
| Date of Verification: __/__/__ Time of Verification: _____ Dates Ver: From __/__/__ To __/__/__ | |
| Eligible for Re-Hire: ☐ Yes ☐ No   Attempts/Comments: _____ | |
| ☐ Via Telephone    ☐ Via Facsimile    ☐ Via Documentation | |

☐ Company ☐ School ☐ Military ☐ Period of Unemployment: _____
       *(Check One)*                                              *Print Name of Company / School / Military / "Unemployed"*

From (date) _____ To (date) _____ Position Held: _____ Supv. / Reference: _____

Complete Address: _____ Box/Suite #: _____

City: _____ State: _____ Zip: _____ Phone # (incl area code) ( ) _____ ext. ___

Fax # *(incl. area code)*: ( ) ___-_____ Reason for leaving: _____

| *For Employer Use Only* | |
|---|---|
| Person providing information: _____ Title / Occupation: _____ | |
| Inquiry made by: _____ Title: _____ | |
| Date of Verification: __/__/__ Time of Verification: _____ Dates Ver: From __/__/__ To __/__/__ | |
| Eligible for Re-Hire: ☐ Yes ☐ No   Attempts/Comments: _____ | |
| ☐ Via Telephone    ☐ Via Facsimile    ☐ Via Documentation | |

Applicant Signature: Segashaw Ayele        Date: 12 / 10 / 03

Form HRC003b                                                                     Revised 6/18/03