UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEGASHAW AYELE,           )<br>                                         )<br>          Plaintiff,              )<br>                                         )<br>v.                                      )<br>                                         )<br>COGNISA SECURITY COMPANY, INC.,  )<br>                                         )<br>          Defendant.           )<br>_____) | Civil Action No.: 04CV12217-PBS |

### DEFENDANT'S EMERGENCY MOTION TO QUASH THE SUBPOENA SERVED ON COMPLIANCE NETWORK, AND FOR AN ORDER REQUIRING PLAINTIFF TO SERVE ALL DISCOVERY REQUESTS ON DEFENDANT

Defendant Cognisa Security Company, Inc. ("Cognisa") hereby moves to quash the Subpoena served on Compliance Network for the following reasons:

1.	Attached hereto as Exhibit "A" is a copy of a Subpoena served on Compliance Network. It appears from the face of the Subpoena that it was issued by the Plaintiff on June 24, 2005. Notice of the Subpoena was never provided to counsel for Cognisa. Rather, the first time counsel for Cognisa received a copy of the Subpoena was on July 8, 2005 via the Court's electronic filing notice. Pursuant to Fed. Rules Civ. Proc. 5, "every order required by its terms to be served, every pleading subsequent to the original complaint ..., every paper relating to discovery to be served on a party ..., every written notice, ... and similar paper shall be served upon each of the parties." Because notice was never given to counsel for Cognisa, Plaintiff's Subpoena is in violation of that rule, is of no legal effect, and should be quashed.

2.    The period for taking discovery in this case closed on May 31, 2005. Although the Court (Bowler, M.J.) did extend discovery on a limited basis "until August 5, 2005, for the sole purpose of taking the depositions of Nicole Downs, Aaron Field, Gary Feldman and George Cintrol" this extension does not permit Plaintiff to subpoena documents from Compliance Network.

3.    In the Subpoena, Plaintiff seeks drug test records for five (5) individuals. None of these individuals has ever been identified by Plaintiff in his automatic discovery disclosures, answers to interrogatories, or deposition testimony as individuals with knowledge of the facts of this case. Accordingly, the documents sought by Plaintiff are irrelevant to this action.

4.    In the discovery dispute conference, Plaintiff took the position that he was not required to serve a copy of the Subpoena on Cognisa, or otherwise notify Cognisa of the Subpoena.

WHEREFORE, Cognisa requests that the Subpoena to Compliance Network be quashed, that Plaintiff be ordered to serve notice of all Subpoenas to third parties, and that Cognisa be awarded its reasonable attorneys' fees for filing this motion.

    Respectfully submitted,

    COGNISA SECURITY, INC.

    By its attorneys

    /s/Bronwyn L. Roberts
    Bronwyn L. Roberts, BBO# 638079
    DUANE MORRIS LLP
    470 Atlantic Avenue, Suite 500
    Boston, MA  02210
    (617) 289-9200

and Co-Counsel
(admitted *pro hac vice*)
Terry P. Finnerty
Georgia Bar No. 261561
Peter B. Murphy
Georgia Bar No. 531032
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, GA  30309
(404) 253-6900

Dated:  July 11, 2005

## CERTIFICATION UNDER L.R. 7.1(A)(2), 26.2(C) AND 37.1(A)

The undersigned hereby certifies that counsel for defendant Cognisa Security, Inc. conferred with the Plaintiff in good faith to resolve or narrow the issue raised by this motion. The parties were unable to reach agreement.


/s/ Bronwyn L. Roberts
Bronwyn L. Roberts, BBO# 638079

BOS\134002.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEGASHAW AYELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04CV12217-PBS |
| ) | |
| COGNISA SECURITY COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    Begashaw Ayele
    261 O'Callaghan Way #816
    South Boston, MA  02127

    John Quintal, President
    Compliance Network of New England
    15 Court Square, LL 1
    Boston, MA 02108

    /s/Bronwyn L. Roberts
    Bronwyn L. Roberts, BBO# 638079

DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(617) 289-9200
Email: blroberts@duanemorris.com

5