UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEGASHAW AYELE, PRO SE  )<br>  )<br>      Plaintiff  )<br>  )<br>vs  )<br>  ) CIV. Action no.04-12217PBS<br>COGNISA SECURITY CO. INC.  )<br>  )<br>      Defendant  )<br>  )<br>  ) | |

BY U.S MAIL 7001-1010-0001-0796-4205
John Quintal
Compliance Network, Inc.
P. O. Box 10900
169 South River Road, Suite14
Bedford, NH 03110

                        Subject:-    **AMENDED SUBPOENA**
                        Reference:   Subpoena in Civil Action

Dear Mr. Quintal,

      Please be advised that the copy of the subpoena submitted earlier has been amended and you are hereby required to produce such documents no more than the close of business hour of 5:00pm on July 19, 2005.

      If I did not receive the document sought in this subpoena, I will be compelled to seek other judicial remedy from the court. Please also note that the information/documents requested earlier has been amended to *include* the following candidates who took pre-employment drug test include the following: Carter Jeffrey, tested in November 2003, Tucker Kenneth J., tested in November 2003, Centron Jorge L. tested in November 2003, Alex M. Lambert tested in

December 2003, Begashaw Ayele, tested in November of 2003, Socolove Nicole, tested in the month of December 2003, Sarpee James, tested in the month of December 2003, Haskel Steven K. tested in the month of December 2003, Keleta Teweldeberhan, tested in the month of December 2003, Ayele, Begashaw tested in November 2003, *Maliebegovic, Elvin* (in November- December 2003), *Ohwuka, Agbai Agu* (in November December 2003), *Lea Dahn* in (November-December 2003)

Dated July 6, 2005

Respectfully Submitted,

*Begashaw Ayele*
Begashaw Ayele

### CERTIFICATE OF SERVICES

This certify that the enclosed copy of PLAINTIFF'S MOTION FOR COMPELLING DISCOVERY" and AMENDED SUPBOENA has been served on John Quintal of Compliance Network, Inc. by placing in the U.S. Mail to the following address:

P. O. Box 10900,
169 South River Road, Suite 14,
Bedford, New Hampshire, 03110

Sincerely,

*Begashaw Ayele*
Begashaw Ayele, Pro Se

---

*** For **all** candidates, this request only seek the *date* of the employees tested and *not* their medical history. For all names in **Italic**, please indicate if nobody was tested at all or supply other information as possibly as your time permit