UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Begashaw Ayele v. Cognisa Security Co. Inc.

Case # 04-12217 PBS

Motion to Quash Subpoena

Now comes Compliance Network of New England thru its President, John Quintal and here by request that the court quash the Civil Subpoena in the above case for the following reasons.

1. The party in the above captioned case has not produce appropriate medical disclosure required by HIPPA for the parties' drug tested in the subpoena.

2. The party in the above captioned case has not produced what dates the actual tests were completed on.

3. The party has made improper service of the subpoena.

It is respectfully requested that the court grant the motion to quash the civil Subpoena.

John Quintal, President
Compliance Network of New England
15 Court Square, LL 1
Boston, Ma 02108

I certify that a copy has been mailed to the plaintiff and defendant in the above captioned case to the addresses below:

Begashaw Ayele                              Cognisa Security Co. Inc.
261 O'Callahagn Way, # 876                  Att: Jennifer Rego
S. Boston, Ma 02127                         5 Middlesex Ave
                                            Sommerville, Ma 02145

John Quintal, President
Compliance Network of New England