BY HAND DELIVERY
Bronwyn L. Roberts
DUANE MORRIS
470 Atlantic Avenue #500
Boston,, MA 02210

July 15, 2005

Re: Discovery Response per Order of the court of June 28, 2005
Begashaw Ayele vs. Cognisa Security Inc. Case No.04-12217PBS

Dear Ms. Roberts,

Per order of the court of June 28, 2005, please find the name of two witness who may have knowledge about cognisa's employment police and/or practice:

1. Cintro Jorge L. current employee of Cognisa. Home and work address unknown and only the employer has such information.

2. Garry Feldman current employee of Allied Barton Security Co. Inc. which is located at 8 Whittier Place, Boston Massachusetts. Mr. Feldman work phone no. is (617) 367-4867 and works between 11:00am to 7:00am (The above generally answer defendant's motion for compelling discovery as categorically stated by the Judge Bowler as A, B and C but not D)

3. Dr. Aweke Alemayehu moved to Canada and is unable to know his whereabouts but will try to find out and will supply his address or contact number.

4. All other people identified by plaintiff's initial disclosure include Nicole Downes, Aaron Feo and Jennifer Rego whom Defendant do know their address and contact address

Sincerely,

Begashaw Ayele