# EXHIBIT A

AO88 (Rev...Subpoena...)

Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF _____

Begashaw Ayele

V.

Cognisa Security Co, Inc

SUBPOENA IN A CIVIL CASE

Case Number:¹ **04 - 12217 PBS**

TO: Cintron L. Jorge
56 Delle Ave #5
Boston, MA. 02120

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION At your convenient place as the deposition is on "Written Deposition" | DATE AND TIME Answer all question & Return before 8/5/0 |
| --- | --- |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  DATE 7/26/05
Begashaw Ayele, Pro Se

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
261 O'Callaghan Way #816, South Boston, MA 02127

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 7/26/05 | Document Send to the deponent by U.S Postal Svcs. Certified Mail, Return Receipt # 7001 1940 0003-9209 8804 9 |

SERVED ON (PRINT NAME): Centron Jorge

MANNER OF SERVICE: By Certified U.S Mail.

SERVED BY (PRINT NAME): BEGASHAW AYELE

TITLE: Pro Se — Plaintiff

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 7/26/05
DATE

SIGNATURE OF SERVER: Begashaw Ayele

ADDRESS OF SERVER: 261 O'Callaghan Way #816
So. Boston, MA. 02127

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance o production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produc them as they are kept in the usual course of business or shall organize and lab them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it privileged or subject to protection as trial preparation materials, the claim sh be made expressly and shall be supported by a description of the nature of t documents, communications, or things not produced that is sufficient to enab the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE, PRO SE )
)
Plaintiff )
vs )
) CIV. ACTION NO. 04-12217PBS
COGNISA SECURITY SERVICE, INC. )
)
Defendant )

<u>UNDER SUPBOENA by U.S. Certified Mail</u>
<u>Return Receipt No. 7001-1940-0003-9209-8849</u>
To: Jorge L. Cintron,
56 Delle Avenue # 5
Boston, MA 02120

<u>NOTICE OF DEPOSITION AND "WRITTEN
DEPOSITION" SERVED CONTEMPORANEOUSLY</u>

PLEASE TAKE NOTICE that on this day of July 25, 2005 you are notified and ORDERED (by U.S District court for the district of Massachusetts in which this plaintiff issued such order on behalf of the court) to answer the following "Written Deposition" under Federal Rule of Civil Procedure 30(b)(3). The testimony propound to you should be answered based on your personal knowledge as you know best. If you have question about this deposition you can contact me at (617)474-9774. Please note that this deposition must be answered with in ten days and shell be returned to me no later than the business hours of 5:00pm on August 5, 2005. In answering this question either you can re-type the question and put the answer below or simply write your answer clearly in the space provided under each question.

Sincerely,

Begashaw Ayele

(n.1. written deposition)

# WRITTEN DEPOSITION

FOREWARD

This deposition is prepared to seek true testimony from a person addressed above and the deponent only required to answer all the question that he knew based on his personal knowledge. If the answer is supplied fully and accurately, the deponent will not be deposed nor will be called as a witness in the trial in this case. The deposition question can be written by hand clearly on the space provide and should be returned to the plaintiff, Begashaw Ayele addressed to 261 O'Callaghan Way South Boston, MA 02127. All expense associated in this matter will be paid and/or reimbursed. The deposition answer to this deposition shall be returned no later than the 5th gay of August 2005. If you have any question please do not hesitate to call me at (617)474-9774.

Question by Begashaw Ayele:

1. Please state your name, place of birth (national origin), year of birth, age, your race, your sex, your employment status whether currently employed or not, your position (or title), and name of your employer company.

Answer
_____
_____
_____
_____

2. What date, month and year were you employed by Cognisa Security Company, Inc. and where is the location first assigned. About shift and which locat at client company?

Answer
_____
_____

3. What <u>date</u>, <u>month</u> and <u>year</u> were you completed the drug screening (or pre-employment process) with Cognisa Security Co.'s client company namely Compliance Network of Mass.?

Answer _____
_____
_____

4. What work shift were you assigned (first, second or third) and what specific tasks do you perform such as by making tour around the client's company to be sure safety for person and property was secured OR just sit-down (that is, a concierage type job) and greet customers, guide customers, answer phone, write hourly report and other related activity without leaving the post?

Answer _____
_____
_____

5. Does the site you were assigned has a sit-down job whether or not you work at the said concierage desk?

Answer _____
_____
_____

6. How many client companies of Cognisa do you know during your entire employment whether you work in these various sites or not

Answer _____
_____
_____

7. <u>Where</u> did you completed your employment application and <u>who</u> was the first person that have interview with you?

Answer_____
_____
_____

8. How long it took for you to complete pre-employment process from submitting your initial employment application to date you started your job?

9. Do you recall a brief interview with someone who you met at the Drug Test Center of Compliance Net work and few weeks late in down town asking you whether or not you started your employment with Cognisa?

Answer_____
_____
_____

10. Please identify and one whom you know working as a concierage receptionist type job for Cognisa Security Co. Inc. whether in the site you ever assigned or any other location.

Answer_____
_____
_____

The deposition is suspended at this time and if any question is not fully answered, you will be required to answer at the trial after due course of notice give to you. Thank you again for your time in answering these questions

Sincerely,

*Begashaw Ayele*

Beg[]m Ayele, pro se

CERTIFICATE OF SERVICE

This certify that the foregoing documents titled " NOTICE OF DEPOSITION AND "WRITTEN DEPOSITION " SERVER CONTEMPORANEIOUSLY" has been served on Cintron Jorge, L by registering and placing in the U.S postal Service Certified Mail and addressed to the following:

56 Delle Avenue #5
Boston, MA 02120

Sincerely

Begashaw Ayele