# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

BRONWYN L. ROBERTS
DIRECT DIAL: 617.289.9218
E-MAIL: blroberts@duanemorris.com

www.duanemorris.com

June 10, 2005

Mr. Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA 02127

Re: **Ayele v. Cognisa Security Company, Inc.**
    Civil Action No.: 04CV12217-PBS

Dear Mr. Ayele:

Please find the enclosed document bates-stamped D00022 that was inadvertently omitted from Defendant Cognisa Security, Inc.'s Response to Plaintiff's First Request for Production of Documents.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,

Bronwyn L. Roberts

BLR/abl
Enclosure

DUANE MORRIS LLP

470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210                    PHONE: 617.289.9200   FAX: 617.289.9201
BOS\132534.1

# APPLICANT FLOW LOG

Location: **BOSTON**

Date: **November 20, 2003**

| Date | APPLICANT NAME | VIETNAM VETERAN Y/N | HANDICAP Y/N | WHITE | BLACK | HISPANIC | AMER IND/ALASKAN | ASIAN-PAC ISL | OTHER | MALE | FEMALE | JOB TITLE APPLIED FOR | REFERRAL SOURCE | STATUS AND/OR DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/03 | Malicbegovic, Elvin | n | n | x | | | | | | x | | Commercial | The Work Place | DF- not 21 years of age |
| 11/20/03 | Ohwuka, Agbai Agu | n | n | | x | | | | | x | | Commercial | The Work Place | Call back to set up interview |
| 11/20/03 | Ayele, Bogashaw | n | n | | x | | | | | x | | Commercial | The Work Place | Call back to set up interview |
| 11/20/03 | Lea, Dahn | n | n | | x | | | | | x | | Commercial | The Work Place | Call back to set up interview |

D00022