ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CV-94-000MN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BEGASHAW AYELE, PRO SE,                 *
                Plaintiff,              *
                                        *
         V                              *
                                        *
COGNISIA SECURITY COMPANY, INC.,        *
                Defendant.              *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of BEGASHAW AYELE, taken on behalf of the Defendant, pursuant to Notice under the Federal Rules of Civil Procedure, before Janice A. Maggioli, RPR, RMR, CRR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Duane Morris, 470 Atlantic Avenue, Boston, Massachusetts, on April 25, 2005, commencing at 10:00 a.m.

MAGGIOLI REPORTING SERVICES, INC.
48 Watson Street
Braintree, Massachusetts 02184
(781) 356-2636

1     I hereby certify that I have read the
2  foregoing deposition transcript of my
3  testimony, and further certify that said
4  transcript is a true and accurate record of
5  said testimony.
6
7
8                    _____
9                          BEGASHAW AYELE
10
11
12     Signed under the pains and penalties of
13  perjury this 25th day of May, 2005.

ELLE v. COGNISIA SECURITY COMPANY / BEGASHAW AYELE

Page 129

1  Q. Okay.
2  A. I simply was the last arrival.
3  Q. So you knew that there were other people
4     applying for the security job position,
5     correct?
6  A. There were many people in the area. I don't
7     know who apply what, but there were many
8     people, yes.
9  Q. Do you know if there were any applicants who
10    applied for the security job position after you
11    applied?
12 A. After I applied?
13 Q. Yes. Or were you the very last person that
14    day?
15 A. I don't remember, but the company in the
16    discovery process they told me they hired 300
17    people during that time.
18 Q. So it's safe to say that you were not the only
19    applicant, correct?
20 A. Yes, there may be many applicants, but my
21    question is not why I'm the only applicant, but
22    the question is why -- at least why I'm not
23    hired.
24 Q. When you applied for a position with

Page 130

1     Cognisia -- sorry.
2              When you applied for a position
3     with Cognisia, were you seeking to be placed at
4     a certain location?
5  A. I don't care if particular location as far as
6     if there is public transportation access.
7  Q. Public transportation was important to you,
8     correct?
9  A. Yes.
10 Q. What time does public transportation close in
11    the Boston area?
12 A. If you take a train, I think midnight.
13 Q. So you needed --
14 A. Midnight close to 12:50, so close to 1 o'clock.
15 Q. So you wanted to be out of work by 11 p.m.; is
16    that correct?
17 A. If possible, not to miss the train.
18 Q. Not to miss the train; otherwise, you wouldn't
19    have accepted a position that worked past the
20    train schedule; is that correct?
21 A. Not necessarily. My choice usually is 3 to 11
22    or as a second choice 7 to 3, but taking 7 to 3
23    usually doesn't help you much because you
24    cannot do any other things daytime.

Page 131

1  Q. 7 a.m. to 3 p.m., that would have been your
2     second --
3  A. The second choice, yes.
4  Q. But you were not available to work on an
5     overnight shift? You wouldn't have agreed to
6     that?
7  A. Overnight shift, no.
8  Q. And, in fact, didn't you tell Cognisia that you
9     needed public transportation?
10 A. Yeah, in the conversation I say public
11    transportation and maybe they may take a note,
12    but generally they know I have transportation
13    problems.
14 Q. When you went to fill out the paperwork at 5
15    Middlesex Avenue, Dr. Awake was there, correct?
16 A. Dr. Awake was there.
17 Q. Were there any other prospective candidates
18    there?
19 A. I have no idea.
20 Q. You don't remember?
21 A. I don't remember particular people, but Dr.
22    Awake and me, we were in that office --
23 Q. There was no one else in the office? There was
24    just the two of you in an office?

Page 132

1  A. Jennifer was there. Nicole was in the other
2     door.
3  Q. Anyone else?
4  A. And people -- some people whom I don't know,
5     maybe office staff, I don't know, but there
6     were people.
7  Q. Do you recall receiving a job description for
8     the security officer position?
9  A. From where?
10 Q. From Cognisia.
11 A. No.
12 Q. You never received a job description?
13 A. No.
14           MS. ROBERTS: Can you mark this
15    as the next exhibit?
16           (Exhibit 6, Job description,
17           marked for identification.)
18 Q. Mr. Ayele, I'm placing before you what's been
19    marked Exhibit 6 to your deposition titled "Job
20    Description Job Title Security Officer." Were
21    you ever given this document in connection with
22    your application?
23 A. I don't remember. Maybe -- this may be part of
24    the document produced later. Even if this

| | | | | |
|---|---|---|---|---|
| 1 | Q. | Listen, listen. I don't want to hear speeches. | 2 | Also, I put in bracket approximate because I |
| 3 | | If you have seen this document before, please | 3 | don't know. |
| 4 | | tell me. | 4 | Q. And you signed that at your second meeting with |
| 5 | A. | I don't remember. | 5 | Cognisia on December 12th; is that correct? |
| 6 | Q. | You may have received it. You just don't know? | 6 | A. Yes. |
| 7 | A. | Yeah, I don't know. | 7 | MS. ROBERTS: Can you mark that |
| 8 | Q. | If you could turn to page 2 of Exhibit No. 3 | 8 | as the next exhibit? |
| 9 | | titled "Commercial Employment Application," | 9 | (Exhibit 8, Employment/Transcript |
| 10 | | this is the document that you filled out on | 10 | Inquiry, marked for identification.) |

Full transcript:

1 Q. Listen, listen. I don't want to hear speeches.
3 . If you have seen this document before, please
4  tell me.
5 A. I don't remember.
6 Q. You may have received it. You just don't know?
7 A. Yeah, I don't know.
8 Q. If you could turn to page 2 of Exhibit No. 3
9  titled "Commercial Employment Application,"
10  this is the document that you filled out on
11  November 20th; is that correct?
12 A. Uh-huh.
13 Q. Yes?
14 A. Yes.
15 Q. Do you see your signature at the bottom --
16 A. No, December 10.
17 Q. Excuse me, December 10th?
18 A. Yes.
19 Q. You signed this on December 10th each page?
20 A. Yes. This is include all of the discrepancy
21  with the dates.
22 Q. Right. We've discussed those at length.
23  Have you ever served in the
24  military, Mr. Ayele?

134

1 A. No.
2 Q. Who gave you this commercial employment
3  application to fill out?
4 A. The only thing I can know is by the date. If
5  it's December 10, it should be Jennifer. If
6  it's November 20, it should be Nicole because
7  Nicole, she came there. Can I go to the
8  bathroom?
9 Q. Of course you may. Let's take a break.
10  (Short break was taken.)
11  (Exhibit 9, Residence listing,
12  marked for identification.)
13 Q. Mr. Ayele, I'm placing before you what's been
14  marked Exhibit 7 to your deposition titled
15  "Applicant Residence Listing." Have you seen
16  that document before?
17 A. This is what we discussed. The resident time I
18  put is wrong because I told you I don't have
19  the record. I just happened to be there by
20  coincident and I fill out -- I don't have that
21  document I gave you, the resident --
22 Q. Exhibit No. -- you didn't have Exhibit No. 4
23  with you?
24 A. Yeah. At that time I don't have it. Just it

---

2 Also, I put in bracket approximate because I
3  don't know.
4 Q. And you signed that at your second meeting with
5  Cognisia on December 12th; is that correct?
6 A. Yes.
7  MS. ROBERTS: Can you mark that
8  as the next exhibit?
9  (Exhibit 8, Employment/Transcript
10  Inquiry, marked for identification.)
11 Q. Mr. Ayele, I'm placing before you what's been
12  marked as Exhibit No. 8 to your deposition,
13  "Employment Transcript Inquiry." Have you seen
14  that document before?
15 A. Yes. So what's the question again?
16 Q. Have you seen that document before?
17 A. My signature is December --
18 Q. And you signed that on December 10th?
19 A. Yes.
20 Q. Thank you.
21  MS. ROBERTS: Mark this as the
22  next exhibit.
23  (Exhibit 9, Disclosure and Authorization,
24  marked for identification.)

136

1 Q. I've placed before you what's been marked as
2  Exhibit No. 9 to your deposition, "Consumer
3  Report Disclosure and Authorization;" do you
4  see that document?
5 A. Yes.
6 Q. Did you sign that document on or about December
7  10, 2003?
8 A. Yeah.
9 Q. Yes?
10 A. Yes.
11  MS. ROBERTS: Could you mark
12  this as the next exhibit?
13  (Exhibit 10, Employment Agreement,
14  marked for identification.)
15 Q. Mr. Ayele, I've placed before you what's been
16  marked as Exhibit No. 10 to your deposition
17  titled Employment Agreement Regarding Drug and
18  Alcohol Policy and Related Drug and Alcohol
19  Screening;" do you see that document before
20  you?
21 A. Okay, yes.
22 Q. Yes?
23 A. Yes.
24 Q. Is that your signature appearing on page 2?