# EXHIBIT A

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11273-WGY

Ayele v. U.S. Security Associates, Inc.
Assigned to: Chief Judge William G. Young
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 06/17/2005
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Begashaw Ayele**   represented by **Begashaw Ayele**
261 O'Callaghan Way
#816
South Boston, MA 02127
617-474-9774
PRO SE

V.

**Defendant**

**U.S. Security Associates, Inc.**   represented by **Josiah M. Black**
Bello, Black & Welsh, LLP
535 Boylston Street
Suite 1102
Boston, MA 02116
617-247-4100
Email: jblack@belloblack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth M. Bello**
BELLO, BLACK & WELSH, LLP
535 Boylston Street
Suite 1102
Boston, MA 02116
317-247-4100
Email: kbello@belloblack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2005 | 1 | COMPLAINT against U.S. Security Associates, Inc. Filing fee: $ 250, receipt number 65072, filed by Begashaw Ayele. (Attachments: # 1 Civil Cover Sheet)(Bell, Marie) (Entered: 06/21/2005) |
|  |  |  |

| | | |
|---|---|---|
| 06/17/2005 | | Summons Issued as to U.S. Security Associates, Inc.. (Bell, Marie) (Entered: 06/21/2005) |
| 06/17/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 06/21/2005) |
| 06/24/2005 | 2 | AFFIDAVIT OF SERVICE Executed by Begashaw Ayele. U.S. Security Associates, Inc. served on 6/21/2005, answer due 7/11/2005. Acknowledgement filed by Begashaw Ayele. (Bell, Marie) (Entered: 06/28/2005) |
| 07/20/2005 | 3 | MOTION For Filing All Court Papers Without Electronic Filing System by Begashaw Ayele. c/s.(Bell, Marie) (Entered: 07/20/2005) |
| 07/21/2005 | | Judge William G. Young : Electronic ORDER entered granting 3 Motion for Filing All Court Papers Without Electronic Filing System. cc/cl. (Bell, Marie) (Entered: 07/21/2005) |
| 07/27/2005 | 4 | NOTICE of Appearance by Kenneth M. Bello on behalf of U.S. Security Associates, Inc. (Bell, Marie) (Entered: 07/28/2005) |
| 07/28/2005 | 5 | MOTION for Extension of Time to 8/12/05 to File Answer re 1 Complaint by U.S. Security Associates, Inc.. c/s.(Bell, Marie) (Entered: 08/03/2005) |
| 08/12/2005 | 6 | NOTICE of Appearance by Josiah M. Black on behalf of U.S. Security Associates, Inc. c/s. (Bell, Marie) (Entered: 08/16/2005) |
| 08/12/2005 | 7 | ANSWER to Complaint by U.S. Security Associates, Inc.. c/s.(Bell, Marie) (Entered: 08/16/2005) |
| 08/12/2005 | | Judge William G. Young : Electronic ORDER entered granting 5 Motion for Extension of Time to Answer re 1 Complaint U.S. Security Associates, Inc. answer due 8/12/2005. cc/cl. (Bell, Marie) (Entered: 08/17/2005) |
| 08/19/2005 | 8 | MOTION for Summary Judgment by U.S. Security Associates, Inc..c/s.(Bell, Marie) (Entered: 08/22/2005) |
| 08/19/2005 | 9 | MEMORANDUM in Support re 8 MOTION for Summary Judgment filed by U.S. Security Associates, Inc.. c/s. (Attachments: # 1 Exhibit A)(Bell, Marie) (Entered: 08/22/2005) |
| 08/19/2005 | 10 | STATEMENT of Undisputed Material facts re 8 MOTION for Summary Judgment. c/s. (Bell, Marie) (Entered: 08/22/2005) |
| 08/19/2005 | 11 | AFFIDAVIT of Shay Pike re 8 MOTION for Summary Judgment. c/s. (Bell, Marie) (Entered: 08/22/2005) |
| 08/24/2005 | 12 | EMERGENCY MOTION for a Status Conference and for Extension of Time to File Response as to 8 MOTION for Summary Judgment by Begashaw Ayele. c/s.(Bell, Marie) (Entered: 08/25/2005) |
| 08/24/2005 | 13 | Letter from Begashaw Ayele to Judge Young re two complaints filed by Begashaw Ayele. (Bell, Marie) (Entered: 08/25/2005) |
| 08/26/2005 | | Judge William G. Young : Electronic ORDER entered granting 12 Motion for Extension |

| | | |
|---|---|---|
| | | of Time to File Response/Reply re 8 MOTION for Summary Judgment, granting 12 Motion for Hearing Responses due by 9/16/2005 Replies due by 9/23/2005. A hearing on the motion for Summary Judgment will be held on Oct. 5, 2005 at 2PM. The hearing will take place at Suffolk University Law School, 120 Tremont St., 4th Floor, Boston. After the hearing, if the case is still active, the court will hold a 16.1 conference to set the discovery deadlines, trial date and any other necessary deadlines.(Smith, Bonnie) (Entered: 08/26/2005) |
| 08/26/2005 | | Set/Reset Hearings: Hearing on Motion for Summary Judgment set for 10/5/2005 02:00 PM before Chief Judge William G. Young. at Suffolk University Law School, 120 Tremont St., 4th floor, Boston, MA (Smith, Bonnie) (Entered: 08/26/2005) |
| 09/15/2005 | 14 | Opposition re 8 MOTION for Summary Judgment filed by Begashaw Ayele. c/s. (Attachments: # 1 EXHIBITS A - C)(Bell, Marie) (Entered: 09/16/2005) |
| 09/15/2005 | 15 | MEMORANDUM OF LAW In 14 Opposition to 8 MOTION for Summary Judgment by Begashaw Ayele. (Bell, Marie) (Entered: 09/16/2005) |
| 09/15/2005 | 16 | STATEMENT of Undisputed of Fact by Begashaw Ayele. (Bell, Marie) (Entered: 09/16/2005) |
| 09/15/2005 | 17 | AFFIDAVIT of Begashaw Ayele. (Bell, Marie) (Entered: 09/16/2005) |
| 09/16/2005 | 18 | MOTION to Withdraw 14 Opposition to Motion by Begashaw Ayele.(Bell, Marie) (Entered: 09/19/2005) |
| 09/16/2005 | 19 | Opposition re 8 MOTION for Summary Judgment filed by Begashaw Ayele. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Bell, Marie) (Entered: 09/19/2005) |
| 09/19/2005 | | Judge William G. Young : ElectronicORDER entered granting 18 Motion to Withdraw 14 Opposition to Motion for Summary Judgment. cc/cl. (Bell, Marie) (Entered: 09/19/2005) |
| 10/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 10/5/2005 re 8 MOTION for Summary Judgment filed by U.S. Security Associates, Inc.. After hearing the 8 MOTION for Summary Judgment is ALLOWED. Judgment to enter for the defendants. The Court Orders the Plaintiff's further cases to be drawn to Judge Young. If it has no merit the Court will enjoin the Plaintiff from filing cases in the USDC. (Court Reporter Donald Womack.) (Bell, Marie) (Entered: 10/06/2005) |
| 10/13/2005 | 20 | Judge William G. Young : ORDER entered. JUDGMENT in favor of Defendant against Plaintiff(Smith, Bonnie) (Entered: 10/13/2005) |
| 10/24/2005 | 21 | MOTION for Extension of Time to 11/1/05 to File an Appeal by Begashaw Ayele. (Smith, Bonnie) (Entered: 10/24/2005) |
| 10/24/2005 | 22 | TRANSCRIPT of Proceedings held on 10/5/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/24/2005) |
| 10/24/2005 | 23 | Judge William G. Young : ElectronicORDER entered granting 21 Motion for Extension |

| | | of Time to file an Appeal. Extension is granted to 11/1/05. cc/cl (Smith, Bonnie) (Entered: 10/24/2005) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/03/2005 11:05:40 | | | |
| PACER Login: | dm0028 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-11273-WGY |
| Billable Pages: | 3 | Cost: | 0.24 |