UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Begashaw Ayele,
       Plaintiff,

V.

CIVIL ACTION: 04-12217-PBS

Cognisa Security Company, Inc.,
       Defendant.

## FINAL JUDGMENT

SARIS, U.S.D.J.                                        November 21, 2005

     Pursuant to this Court's endorsed order of November 18, 2005, adopting the Report and Recommendation of the Magistrate Judge dated October 17, 2005, allowing Defendant's Motion for Summary Judgment, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendant, Cognisa Security Company, Inc..

                                                                     By the Court,

                                                                 /s/ Robert C. Alba
                                                               Deputy Clerk