UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
BEGASHAW AYELE,                     )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   Civil Action No.:  04CV12217-PBS
                                    )
COGNISA SECURITY COMPANY, INC.,     )
                                    )
            Defendant.              )
_____)

## BILL OF COSTS

### Fees For Exemplification And Copies Of Papers Necessarily Obtained For Use In The Case:

| December 28, 2004 | Duane Morris | Copies of Documents for filing Corporate Disclosure Report. | $16.00 |
|---|---|---|---|
| March 31, 2005 | Duane Morris | Copies of Documents for Joint Statement. | $11.40 |
| April 30, 2005 | Duane Morris | Copies of Documents. | $51.20 |
| May 31, 2005 | Duane Morris | Copies of Documents for Memorandum in Support of Motion to Compel. | $106.20 |
| June 30, 2005 | Duane Morris | Copies of Documents for Response of Cognisa to Motion for Extension of Time, Motion for Summary Judgment, Statement of Facts, Reply to Response to Motion to Compel Discovery. | $92.80 |
| July 31, 2005 | Duane Morris | Copies of Documents for Emergency Motion to Quash Subpoena Served on Compliance Network, Motion to Compel Discovery on Third Party and Opposition to Motion for Summary Judgment, Motion for Compelling | $90.00 |

3

BOS\139478.1

|  |  | Discovery on Third Party. |  |
|---|---|---|---|
| August 31, 2005 | Duane Morris | Copies of Documents for Motion to Quash and For a Protective Order. | $81.00 |
| September 30, 2005 | Duane Morris | Copies of Documents filed by Mr. Ayele. | $38.40 |
|  |  | **TOTAL** | **$487.00** |

**Depositions:**

| April 25, 2005 | Duane Morris | Maggioli Reporting Services, Inc. – Transcript and Deposition of Plaintiff Begashaw Ayele | $728.75 |
|---|---|---|---|
|  |  | **TOTAL** | **$728.75** |

| TOTAL OF ALL COSTS INCURRED | $1,215.75 |
|---|---|

4

BOS\139478.1