UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
BEGASHAW AYELE,                    )
                                   )
         Plaintiff,                )
                                   )
v.                                 )    Civil Action No.:  04CV12217-PBS
                                   )
COGNISA SECURITY COMPANY, INC.,    )
                                   )
         Defendant.                )
_____)
```

**AFFIDAVIT OF BRONWYN L. ROBERTS
IN SUPPLEMENTATION OF AND SUPPORT FOR
DEFENDANT COGNISA SECURITY COMPANY, INC.'S BILL OF COSTS**

Bronwyn L. Roberts, being duly sworn, deposes and says:

1. I, Bronwyn L. Roberts, am a attorney at Duane Morris LLP, counsel for Defendant Cognisa Security Company, Inc. ("Cognisa") in the above-entitled action.

2. The items contained in the above Memorandum and Bill of Costs attached hereto are correct to the best of the affiant's knowledge and belief.

3. The disbursements have been necessarily incurred in the case.

4. The services for which fees charged have been actually and necessarily performed.

                                                                                /s/Bronwyn L. Roberts
                                                                                Bronwyn L. Roberts

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss

On this 23rd day of November, 2005, before me, the undersigned notary public, personally appeared Bronwyn L. Roberts, and proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

/s/ Virgina L. Weeks
Notary Public: Virginia L. Weeks
My commission expires:  May 28, 2010

5

BOS\139478.1