# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| BEGASHAW AYELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04CV12217-PBS |
| ) | |
| COGNISA SECURITY COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA  02127

                                              /s/Bronwyn L. Roberts
                                              Bronwyn L. Roberts
                                              Attorney for Defendant