## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                        )
**BEGASHAW AYELE,**                     )
                                        )
      **Plaintiff,**       )
                                        )
v.                                      )   Civil Action No.:  04CV12217-PBS
                                        )
**COGNISA SECURITY COMPANY, INC.,**     )
                                        )
      **Defendant.**       )
_____  )

### NOTICE OF REQUEST FOR TAXATION OF COSTS

    Pursuant to Fed. R. of Civ. P. Rule 54(d), please take notice that Cognisa Security Company, Inc. requests taxation of costs through the attached Bill of Costs of Defendant Cognisa Security Company, Inc., in the above-entitled cause.

    Respectfully submitted,
    COGNISA SECURITY, INC.

    By its attorneys

    /s/Bronwyn L. Roberts
    Bronwyn L. Roberts, BBO# 638079
    DUANE MORRIS LLP
    470 Atlantic Avenue, Suite 500
    Boston, MA  02210
    (617) 289-9200

and Co-Counsel
(admitted *pro hac vice*)
Terry P. Finnerty
Georgia Bar No. 261561
Peter B. Murphy
Georgia Bar No. 531032
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA  30309
(404) 253-6900

BOS\139476.1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BEGASHAW AYELE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04CV12217-PBS |
| ) | |
| **COGNISA SECURITY COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA  02127

/s/Bronwyn L. Roberts
Bronwyn L. Roberts
Attorney for Defendant