# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 NOV 29 A 11: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

Begashaw Ayele, Pro Se

v.   CASE NO. 04CV-12217BPS

Cognisa Security, Inc

## NOTICE OF APPEAL

Notice is hereby given that __Begashaw Ayele__ above named, hereby appeals from the __U.S.DC. (Massachusetts)__ entered in the above entitled action on __11-21-2005__.

By ...

11-29-05
Date

(notofapp.frm - 09/92)                                            [app., kdapp., kgapp., kcustapp.]