## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| **BEGASHAW AYELE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 04CV12217-PBS |
| ) | |
| **COGNISA SECURITY COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### DEFENDANT'S MOTION FOR LEAVE TO
### REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S BILL OF COSTS

Defendant, Cognisa Security Company, Inc. ("Cognisa"), by and through its attorneys, Duane Morris LLP, respectfully moves for leave to file a reply brief (attached hereto as Exhibit 1) in support of its Bill of Costs and to correct a misstatement made by Plaintiff in Plaintiff's Opposition To The Defendant's Bill of Costs ("Opposition"). Cognisa believes that its reply brief will assist the Court in deciding the issues raised by the Opposition.

BOS\141362.1

2

WHEREFORE, Cognisa respectfully requests that the Court enter an Order allowing it to file a reply brief in support of its Bill of Costs.

        Respectfully submitted,
        COGNISA SECURITY, INC.

        By its attorneys

        /s/Bronwyn L. Roberts
        Bronwyn L. Roberts, BBO# 638079
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        (617) 289-9200

and Co-Counsel
(admitted *pro hac vice*)
Terry P. Finnerty
Georgia Bar No. 261561
Peter B. Murphy
Georgia Bar No. 531032
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309
(404) 253-6900

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**BEGASHAW AYELE,**                         )
                                            )
       **Plaintiff,**       )
                                            )
**v.**                                      )   **Civil Action No.:  04CV12217-PBS**
                                            )
**COGNISA SECURITY COMPANY, INC.,**         )
                                            )
       **Defendant.**       )
_____ )

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of December, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

    I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA  02127

                                           /s/Bronwyn L. Roberts
                                           Bronwyn L. Roberts
                                           Attorney for Defendant