# EXHIBIT A

Roberts, Bronwyn L.

From: ECFnotice@mad.uscourts.gov
Sent: Friday, July 22, 2005 2:39 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-12217-PBS Ayele v. Cognisia Security Co. "Order on Motion to Quash"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bowler, Marianne entered on 7/22/2005 at 2:38 PM EDT and filed on 7/22/2005
**Case Name:** Ayele v. Cognisia Security Co.
**Case Number:** 1:04-cv-12217
**Filer:**
**Document Number:**

**Docket Text:**
Judge Marianne B. Bowler: Electronic ORDER entered finding as moot [32] Motion to Quash, granting in part and denying in part [34] Motion to Quash, that portion of the motion relating to attorney's fees is denied without prejudice to being renewed at the conclusion of the case and denying [36] Motion to Compel. (Bowler, Marianne)

The following document(s) are associated with this transaction:

**1:04-cv-12217 Notice will be electronically mailed to:**

Bronwyn L. Roberts    blroberts@duanemorris.com

**1:04-cv-12217 Notice will not be electronically mailed to:**

Begashaw Ayele
816
261 O'Callaghan Way
South Boston, MA 02127

Terry P. Finnerty
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309

12/2/2005

Peter B. Murphy
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309

12/2/2005

**Roberts, Bronwyn L.**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Tuesday, August 02, 2005 10:26 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-12217-PBS Ayele v. Cognisia Security Co. "Order on Motion to Quash"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bowler, Marianne entered on 8/2/2005 at 10:25 AM EDT and filed on 8/2/2005

**Case Name:**    Ayele v. Cognisia Security Co.
**Case Number:**    1:04-cv-12217
**Filer:**
**Document Number:**

**Docket Text:**
Judge Marianne B. Bowler: Electronic ORDER entered granting the relief sought in parts (i) and (ii) of the final paragraph of the[41] Motion to Quash. The relief sought in part (iii) is denied without prejudice to be renewed at the conclusion of the case. (Bowler, Marianne)

The following document(s) are associated with this transaction:

**1:04-cv-12217 Notice will be electronically mailed to:**

Bronwyn L. Roberts    blroberts@duanemorris.com

**1:04-cv-12217 Notice will not be electronically mailed to:**

Begashaw Ayele
816
261 O'Callaghan Way
South Boston, MA 02127

Terry P. Finnerty
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309

12/2/2005

Peter B. Murphy
Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA 30309