# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _Begashaw Ayele Vs Cognisa Security Inc.,_
District Court Case No. _04 CV-12217 PBS_    District of _Massachusetts_
Date Notice of Appeal filed _11-01-2005_    Court of Appeals Case No. _05-2698_
Form filed on behalf of _The Plaintiff (Pro se)_

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _MAGGIOLI REPORTING SVCS;_
Phone Number of Reporter _(781) 356-2636_

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) | After parties Motion & Contention as well as with brief testimony, the Magistrate Judge had dismissed my complaint without seriously looking to my opposition of the Defendant's motion for summary judgment |
| ☒ Testimony (specify) | |
| ☒ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

Date decided on 10/17/2005, adopted on 11/22/2005

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _BEGASHAW AYELE_    Filer's Signature _Begashaw Ayele_
Firm/Address _261 O'Callahagn Way # 816 So. Boston, MA 02127_
Telephone number _(617) 474-0974_    Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (10/24/03)    SEE INSTRUCTIONS ON REVERSE