UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE, PRO SE )
)
Plaintiff )
)   Civ. Acion No. 04CV-12217BPS
Vs )
)
COGNISA SECURITY, INC. )
)
Defendant )

## AFFIDAVIT OF BEGASHAW AYELE

1. I, Begashaw Ayele am an adult and of a majority age who is a party for the above referenced civil action. I am competent to testify the issues related to this civil litigation as follows.

2. As a party in the instant litigation or other litigation in this district, I have experience in making photocopy of court documents at Kinkos, Konica or Copy Cop. At their standard copying rate per pages.

3. The commercial copying rate per page on a black and white setting is $0.07 ($0.10 if not self service) and this is a standard whether the document be copying is court related matters or school term papers.

4. Accordingly I have re-calculated defendant's claim for bill of cost that is under pendency in this court. My statement is therefore true and correct to the best of my knowledge.

Submitted under penalty of perjury this the 16th Day of December 2005.

Respectfully Submitted,

*[signature]*
Begashaw Ayele, pro se

CERTIFICATE OF SERVICES

Plaintiff had served the foreging documents titled AFFIDAVIT OF BEGASHAW AYELE to efendant Cognisa Security Co. Inc. by placing in the United States Mail, Postage pre paid to the following:

Bronwyn L. Roberts
Counsel for defendant
DUANE MORRIS LLp
470 Atlantic Avenue suite 500
Boston, MA 02210

Sincerely,

*[signature]*
Begashaw Ayele